IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-CV-00491-LJO-NEW (TAG) |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO RESET SCHEDULING** |
| v. ) | **CONFERENCE** |
| ) | |
| STEPHEN C. LYON; SUZANNE S. ) | |
| LYON; RUSSELL R. TONDA; DIANE ) | |
| M. TONDA; RAJENDRA JAMNADAS,) | |
| personal representative of the ESTATE ) | |
| OF SHANTALIL JAMNADAS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | **Scheduling Conference** |
| ) | Date:        Tuesday, November 6, 2007 |
| AND RELATED CROSS-ACTIONS ) | Time:        8:45 a.m. |
| _____ ) | Courtroom:   4 (LJO) |

   A status conference was held on September 9, 2007 in Courtroom 4 (LJO). Plaintiff United States of America appeared by telephone by counsel Elise S. Feldman, United States Deparment of Justice and Laurie WIlliams, United States Environmental Protection Agency. Defendant Rajendra Ramnadas appeared by telephone by counsel Keith Chidlaw, Schuering Zimmerman Scully & Doyle,

1 LLP. Defendants Stephen Lyon, Suzanne Lyon, Diane Tonda, and Russell Tonda appeared by telephone by counsel Robert Goodman, Rogers Joseph and O'Donnell.

After a discussion with the parties, the Court hereby ORDERS:

1. The pending motion to file third party complaints is SUBMITTED on the pleadings as of today;

2. **A Scheduling Conference is SET for Tuesday, November 6, 2007 at 8:45 a.m. in Courtroom 4 (LJO)**. The parties may appear telephonically by arranging a one-line call and calling (559) 499-5680; and

3. The parties do not need to re-submit a Joint Scheduling Report, unless the proposed dates change. In the event the parties wish to re-submit the joint report, it should be filed no later than October 30, 2007.

IT IS SO ORDERED.

**Dated:   September 6, 2007**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE