# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA, DIANE M. TONDA, RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTALIL JAMNADAS,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 1:07-cv-0491 LJO NEW (TAG)<br><br>**ORDER GRANTING MOTION FOR LEAVE OF COURT TO FILE THIRD PARTY COMPLAINTS**<br><br>(Doc. 30) |

On August 16, 2007, defendants, cross-complainants, and cross-defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda filed a motion for leave of court to file third party complaints, and noticed the motion for a hearing before the undersigned on October 1, 2007. (Doc. 30). On August 16, 2007, plaintiff United States of America, and defendant, cross-defendant, cross-complainant, and third party plaintiff RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTALIL JAMNADAS, filed a joint statement of non-opposition to the motion. (Doc. 32). On August 16, 2007, the parties filed a stipulation that the motion may be submitted for a decision on the record and briefs without a hearing. (Doc.33).

    The Court has read and considered the motion, statement of non-opposition, stipulation, and the record in this matter, and makes the following orders:

1

<u>ORDERS</u>

1. The October 1, 2007 hearing on the Motion for Leave of Court to File Third Party Complaints is vacated; the Court takes the matter under submission and will decide it on the pleadings and the record;

2. Having considered the pleadings and the record, the Court finds that good cause exists to grant the Motion for Leave of Court to File Third Party Complaints, and accordingly, the Motion is GRANTED (Doc. 30);

3. The Third Party Complaints that are attached as Exhibits A-D to the Motion for Leave to File Third Party Complaints (Doc. 30) shall be filed within ten (10) days and served forthwith.

<u>IT IS SO ORDERED.</u>

Dated:   **September 10, 2007**              /s/ **Theresa A. Goldner**
                                              UNITED STATES MAGISTRATE JUDGE

2