IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cv-00491-LJO-GSA |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTION |
| ) | OF DEFENDANT RAJENDRA |
| vs. ) | JAMNADAS, PERSONAL |
| ) | REPRESENTATIVE OF THE |
| STEPHEN C. LYON; SUZANNE S. ) | ESTATE OF SHANTILAL |
| LYON; RUSSELL R. TONDA; DIANE ) | JAMNADAS FOR LEAVE OF |
| M. TONDA; RAJENDRA JAMNADAS, ) | COURT TO FILE THIRD |
| personal representative of the ESTATE ) | PARTY COMPLAINT |
| OF SHANTILAL JAMNADAS, et al., ) | |
| ) | (Document 46) |
| Defendants. ) | |
| ) | |

On October 19, 2007, Defendant, Cross-Defendant and Cross-Complainant RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS ("JAMNADAS"), filed a motion for leave of court to file a Third Party Complaint. Plaintiff UNITED STATES OF AMERICA and Defendants, Cross-Defendants and Cross-Complainants STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA and DIANE M. TONDA filed a joint statement of non-opposition to the motion. The parties also filed a stipulation that the motion may be submitted for decision on the record and briefs without oral hearing.

The Court has read and considered the motion, statement of non-opposition, stipulation, and the record in this matter, and makes the following

orders:

### ORDERS

1. The November 30, 2007 hearing on the Motion for Leave to File Third Party Complaint is vacated; the Court takes the matter under submission and decides it on the pleadings and the record;
2. Having considered the pleadings and the record, the Court finds that good cause exists to grant the Motion for Leave of Court to File Third Party Complaint, and, accordingly, the Motion is GRANTED;
3. The Third Party Complaint designated as Exhibit A to the Motion for Leave to File Third Party Complaint shall be filed within ten (10) days and served forthwith.

IT IS SO ORDERED.

Dated:   **October 24, 2007**          /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE