# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   vs.<br><br>STEPHEN C. LYON, et al.,<br><br>                 Defendants.<br>                                          /<br>AND RELATED CROSS-ACTIONS AND THIRD-PARTY ACTIONS.<br>                                          / | CASE NO. CV F 07-0491 LJO GSA<br><br>**ORDER ON THIRD-PARTY DEFENDANT GOSS-JEWITT'S MOTION TO DISMISS LYON/TONDA THIRD PARTY COMPLAINTS**<br>(Docs. 157) |

On January 31, 008, third-party defendant Goss-Jewett Company of Northern California ("Goss-Jewett") sought to dismiss claims for hazardous substances clean up contribution in defendants and third-party plaintiffs Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda and Diane M. Tonda (collectively the "Lyon/Tondas") third-party complaint. Goss-Jewett argues that it is not a responsible party subject to liability under the Comprehensive Environmental Response Compensation and Liability Act ("CERCLA"), 42 U.S.C. §§ 9607(a) (1), (2) and (4).

While this motion was pending, the Lyon/Tondas moved for leave to amend their third party complaints. This Court vacated the March 14, 2008 hearing pursuant to Local Rule 78-230(h), in light

1  of the pending motion for leave to amend. On March 11, 2008, Magistrate Judge Gary S. Austin granted
2  the Lyon/Tondas' motion for leave to filed an amended joint third party complaint. (Doc. 214). On the
3  same day, the Lyon/Tondas filed an amended third party complaint. (Doc. 215).
4      Because the Lyon/Tondas' third party complaints against Goss-Jewett have been replaced by the
5  amended third party complaint, Goss-Jewett's motion to dismiss (Doc. 157) is DENIED as MOOT.

7  IT IS SO ORDERED.
8  **Dated:   March 12, 2008**                    **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE