Douglas R. Young (State Bar No. 073248)
(dyoung@fbm.com)
James H. Colopy (State Bar No. 172806)
(jcolopy@fbm.com)
Ruth Ann Castro (State Bar No. 209448)
(rcastro@fbm.com)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Third-Party Defendant
LEGACY VULCAN CORP.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTALIL JAMNADAS,<br><br>Defendants. | Case No. 1:07 CV 00491 LJO GSA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY PLAINTIFFS' JOINT AMENDED THIRD-PARTY COMPLAINT AND DEMAND <u>FOR JURY TRIAL</u>** |
| AND RELATED CROSS-COMPLAINTS AND THIRD PARTY COMPLAINTS. | |

WHEREAS Third-Party Plaintiffs filed and served "Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, And Diane M. Tonda's Joint Amended Third-Party Complaint And Demand For Jury Trial" ("Joint Amended Third-Party Complaint") upon Third-Party Defendant Legacy Vulcan Corp., formerly known as Vulcan Materials Company ("Vulcan"), on March 11, 2008;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER FOR EXT. OF TIME /
Case No. 1:07 CV 00491 LJO GSA

- 1 -

22594\1560167.1

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, Third-Party Plaintiffs and Vulcan had agreed to an initial 30-day extension
2 of time for Vulcan to respond to the Joint Amended Third-Party Amended Complaint from March
3 28, 2008 to April 25, 2008;
4   WHEREAS, on April 18, 2008, Third-Party Plaintiffs filed a Motion for Leave of Court to
5 File Second Amended Joint Third Party Complaint, which is scheduled to be heard on May 23,
6 2008;
7   NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
8 pursuant to Rule 6-144(a) of the Civil Local Rules of this Court, that the deadline for Vulcan to
9 file and serve a response to the Joint Amended Third-Party Complaint is extended to and
10 including May 26, 2008, unless such response is obviated by Third-Party Plaintiffs' filing of their
11 Second Amended Joint Third Party Complaint.
12   SO STIPULATED:
13
14  Dated:  April 24, 2008                    FARELLA BRAUN & MARTEL LLP
15
16                                            By:      /s/ Ruth Ann Castro
                                              Ruth Ann Castro
17                                            Attorneys for Third-Party Defendant
18                                            LEGACY VULCAN CORP.
19
20  Dated: April 24, 2008                     ROGERS JOSEPH O'DONNELL
21                                            By:      /s/ Aaron P. Silberman
                                              Aaron P. Silberman
22
23                                            Attorneys for Third-Party Plaintiffs
                                              STEPHEN C. LYON, SUZANNE S. LYON,
24                                            RUSSELL R. TONDAY AND DIANE M.
                                              TONDA
25    IT IS SO ORDERED:
26  Dated: 4/25/08                                     /s/ Gary S. Austin
27                                                     UNITED STATES MAGISTRATE JUDGE
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER FOR EXT. OF TIME /
Case No. 1:07 CV 00491 LJO GSA                - 2 -                              22594\1560167.1

PDF created with pdfFactory trial version www.pdffactory.com