IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07 CV 00491 LJO GSA |
| Plaintiff, ) | **ORDER TO SET STATUS CONFERENCE** |
| v. ) | Date:  May 27, 2008 |
| ) | Time: 8:15 a.m. |
| STEPHEN C. LYON; SUZANNE S. ) | Dept.: 4 (LJO) |
| LYON; RUSSELL R. TONDA; DIANE ) | |
| M. TONDA; RAJENDRA JAMNADAS,) | |
| personal representative of the ESTATE ) | |
| OF SHANTALIL JAMNADAS, ) | |
| Defendants. ) | |
| AND RELATED CROSS-ACTIONS ) | |

Due to non-appearance of third-party defendants and potential amendment of a third-party complaint, this Court is unable to conduct the May 7, 2008 scheduling conference to set discovery, motion and trial dates. On the basis of good cause, this Court:

1. VACATES the May 7, 2008 scheduling conference;

2. SETS a May 27, 2008 status conference. The parties are encouraged to appear

1  at the status conference by telephone by arranging a one-line conference call and
2  adding the court at (559) 499-5680;
3     3.   ORDERS the parties, no later than May 20, 2008, to file a status report to address:
4        a.   The status of service of process and potential appearances of third-party
5  defendants who have not appeared in this action;
6        b.   Potential mediation or settlement conference;
7        c.   F.R.Civ.P. 26(a)(1) initial disclosures and opening discovery; and
8        d.   Proposals to proceed with this action efficiently and effectively.

IT IS SO ORDERED.

**Dated:   April 28, 2008**               /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE