1  Eric Grant (Bar No. 151064)
   Attorney at Law
2  8001 Folsom Boulevard, Suite 100
   Sacramento, California 95826
3  Telephone:  (916) 388-0833
   Facsimile:   (916) 691-3261
4  E-Mail:      grant@eric-grant.com

5  John B. Thomas (admitted *pro hac vice*)
   E-Mail: jthomas@hicks-thomas.com
6  Brian M. Keller (admitted *pro hac vice*)
   E-Mail: bkeller@hicks-thomas.com
7  Hicks Thomas & Lilienstern, LLP
   700 Louisiana Street, Suite 2000
8  Houston, Texas 77002
   Telephone:  (713) 547-9100
9  Facsimile:   (713) 547-9150

10 Counsel for Third-Party Defendant
   R.R. STREET & CO. INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cv-00491-LJO-GSA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING BRIEFING AND HEARING ON MOTION OF LEGACY VULCAN CORP. TO DISMISS OR STAY CROSS-CLAIMS OF R.R. STREET & CO. INC.** |
| STEPHEN C. LYON, et al., | |
| Defendants/Third-Party Plaintiffs, | [L.R. 83-143, 78-230(g)] |
| v. | |
| THE DOW CHEMICAL COMPANY, et al., | |
| Third-Party Defendants. | Hearing Date: June 10, 2008<br>Time: 8:30 a.m. |
| AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | Department 4<br>Judge: Hon. Lawrence J. O'Neill |

WHEREAS, Third-Party Defendant and Cross-Claimant R.R. Street & Co. Inc. ("Street") filed three pleadings that asserted cross-claims against Third-Party Defendant and Cross-Defendant Legacy Vulcan Corp. ("Vulcan") on February 26, 2008 (docs. 205-207);

///

ERIC GRANT, ATTORNEY AT LAW
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

WHEREAS, Vulcan filed a motion to dismiss or stay Street's cross-claims on May 2, 2008 (doc. 266) and set the hearing on that motion for June 10, 2008 at 8:30 a.m.;

WHEREAS, Street has requested to reschedule the briefing and hearing on the motion, and Vulcan has agreed to that request;

NOW THEREFORE, it is hereby stipulated by and between the parties hereto, pursuant to Local Rules 83-143 and 78-230(g), that the briefing and hearing on Vulcan's motion shall be modified as follows:

(a) Street shall file its opposition to Vulcan's motion on or before June 6, 2008;

(b) Vulcan shall file any reply to Street's opposition on or before June 20, 2008; and

(c) the hearing on Vulcan's motion shall be held on July 2, 2008 at 8:30 a.m.

SO STIPULATED.

Dated: May 20, 2008.

Respectfully submitted,

/s/ Eric Grant
ERIC GRANT
JOHN B. THOMAS
BRIAN M. KELLER

Counsel for Third-Party Defendant
R.R. STREET & CO. INC.

FARELLA BRAUN & MARTEL LLP

By: /s/ James H. Colopy
    JAMES H. COLOPY

Attorneys for Third-Party Defendant
LEGACY VULCAN CORP.

**IT IS SO ORDERED.**

Dated: May _20, 2008.          /s/ Lawrence J. O'Neill
                               Hon. LAWRENCE J. O'NEILL
                               United States District Judge

ERIC GRANT, ATTORNEY AT LAW
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833