IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STEPHEN C. LYON, et al,<br><br>　　　　　Defendants.<br>_____/<br><br>AND RELATED CROSS-ACTIONS AND<br><br>THIRD-PARTY ACTIONS.<br>_____/ | CASE NO. CV F 07-0491 LJO GSA<br><br>**ORDER TO REFER TO INITIAL SETTLEMENT CONFERENCE AND TO SET SCHEDULING CONFERENCE**<br><br>**Scheduling Conference:**<br><br>Date:　October 8, 2008<br>Time:　8 a.m.<br>Dept.:　4 (LJO) |

　　　　This Court conducted a May 27, 2008 telephonic status conference. Plaintiff United States of America appeared by Elise Feldman, Ann Hurley and Laurie Williams. Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda and Diane M. Tonda appeared by Aaron P. Silberman. Defendant Rajendra Jamnadas appeared by Keith Chidlaw. Third-party defendant The Dow Chemical Company appeared by Richard Poulson. Third-party defendant Legacy Vulcan Corp. appeared by James Colopy. Third-party defendant Occidental Chemical Corp. appeared by R. Morgan Gilhuly. Third-party defendant PPG, Industries, Inc. appeared by Gary J. Smith. Third-party defendant R.R. Street & Company, Inc. appeared by Brian Keller. Third-party defendant Goss Jewett Co. of Northern California appeared by Josette Johnson. Third-party defendant Cooper Industries appeared by P. Gerhardt Zacher.

Third-party defendant Bowe Permac, Inc. appeared by Alexander Weyland. Third-party defendant MBL, Inc. appeared by Douglas Lackey. Third-party defendant Eecho Sales and Equipment Co., Inc. appeared by Probal Gerard Young. The City of Modesto appeared specially by Chuck Bolcom. Univar USA Inc. appeared specially by Juliette Markowitz.

After discussion with the parties, this Court:

1. REFERS plaintiff United States and defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, Diane M. Tonda and Rajendra Jamnadas to United States Magistrate Judge Gregory Hollows to conduct an initial settlement conference phase no later than September 2, 2008;

2. ORDERS counsel for plaintiff United States and defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, Diane M. Tonda and Rajendra Jamnadas to contact Magistrate Judge Hollows' chambers, no later than June 3, 2008, to set an initial settlement conference phase;

3. AUTHORIZES Magistrate Judge Hollows to order any other party to participate in a settlement conference or settlement discussions;

4. ORDERS the parties, no later than September 2, 2008, to serve their F.R.Civ.P. 26(a)(1) initial disclosures, if settlement among plaintiff United States and defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, Diane M. Tonda and Rajendra Jamnadas is not reached;

5. SETS a telephonic scheduling conference for October 8, 2008 at 8 a.m. in Department 4 (LJO) to set discovery, motion and trial dates. The parties shall set up a telephonic call-in conference similar to the May 27, 2008 conference and provide the necessary call-in information to this Court and the parties; and

6. ORDERS the parties, no later than September 16, 2008, to file a joint scheduling report which complies with the March 28, 2007 Order Setting Mandatory Scheduling Conference and its Exhibit A.

IT IS SO ORDERED.

**Dated:   May 27, 2008**               /s/ Lawrence J. O'Neill

2

UNITED STATES DISTRICT JUDGE