1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11              Plaintiff,                    No.   CIV-F-07-0491 LJO GSA (GGH)

12        vs.
                                             ORDER RE PHASE I CONFERENCE
13   STEPHEN C. LYON et al.,

14              Defendants.
                                        /
15  _____

16   AND RELATED CROSS-ACTIONS

17    AND THIRD PARTY ACTIONS

18              As discussed at the initial conference and ensuing e-mails, Phase I is scheduled for

19   July 29, 2008 in the courtroom of the undersigned at 9:30 a.m.  The parties involved in Phase I are

20   the United States, the Estate of Jamnadas et. al, the Lyon/Tonda parties, and the City of Modesto.

21   While actual, final settlement between these parties is not contemplated at Phase I, the purpose of

22   the conference is to give as much "contribution clarity" as possible to the remaining third party

23   plaintiffs/defendants who will participate in Phase II.  The parties in Phase I  shall work to

24   accomplish conditional, tentative agreements.  Therefore, persons necessary to authorize/approve

25   (and for governmental entities– recommend) settlement shall be present.  This includes, if

26   necessary, insurance representatives.  However, not every person connected with representing a

                                            1

1   party need be present.

2          The City of Modesto shall be prepared to explain the extent to which, if any, its

3   judgments/settlements, final or not, in the state action are meant to encompass, in whole or in part,

4   any of the relief claimed by the United States in this action.  All Phase I parties shall file a concise

5   brief via e-mail to the undersigned addressing the subjects of (1) whether CERCLA contribution

6   is calculated on the amount of the judgment against the primary defendants, or on amounts

7   actually paid by the primary defendants; (2) apportionment of liability for investigative/remedial

8   costs involving contamination (either natural or human made) clearly not linked to any of the

9   appearing parties.

10          All Phase I defendants and the remaining parties shall participate in Phase II. The

11  tentative dates for Phase II are August 6, 8, 12, and 15.  The parties shall inform the undersigned

12  by e-mail which of these dates, for important reasons, are not available.

13  IT IS SO ORDERED

14

15  DATED: July 11, 2008

16

17                                    /s/ Gregory G. Hollows

18                                    GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26