IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | No. CIV **F**-07-0491 LJO GSA (GGH) |
| | vs. | <u>ORDER</u> |
| STEPHEN C. LYON, et al., | | |
| | Defendants. | |
| _____/ | | |
| AND RELATED CROSS-ACTIONS AND THIRD PARTY ACTIONS _____/ | | |

Settlement proceedings in the above-referenced case have terminated without settlement. All previously scheduled dates in the litigation are in full force and effect.

DATED: 08/25/08

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

lyon0491.ord

1