IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 07-0491 LJO GSA |
| Plaintiff, | **ORDER TO AMEND SCHEDULING ORDER** |
| vs. | |
| STEPHEN C. LYON, et al., | |
| Defendants. / | |
| AND RELATED CROSS-ACTIONS AND THIRD-PARTY ACTIONS. / | |

The Scheduling Conference Order (First Phase–Liability) is AMENDED in the following ways:

1. Page 2, line 18: **January 8, 2009** shall replace January 8, 2008;

2. Page 3, line 23: The following lines shall be added:

To the extent the third party defendants wish to propound interrogatories or requests for the production of documents to the United States, they shall be limited to 25 unified interrogatories and three additional interrogatories per party. The same limits shall apply to requests for production of documents.

3. Page 4, line 18: **June 1, 2010** shall replace July 1, 2010.

IT IS SO ORDERED.

Dated:   **October 17, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1