KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
Telephone:    (916) 567-0400
Facsimile:    (916) 568-0400

Attorneys for Defendant and Third Party
Plaintiff RAJENDRA JAMNADAS,
personal representative of the ESTATE
OF SHANTILAL JAMNADAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>STEPHEN C. LYON; et al.,<br><br>        Defendants.<br>_____<br>RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS<br><br>        Third Party Plaintiff,<br>vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>        Third Party Defendants.<br>_____ | NO. 1:07-CV-00491-LJO-GSA<br><br>**ORDER RE REQUEST FOR AND NOTICE OF DISMISSAL WITHOUT PREJUDICE OF RAJENDRA JAMNADAS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANTILAL JAMNADAS' SECOND AMENDED THIRD PARTY COMPLAINT AGAINST CERTAIN THIRD PARTY DEFENDANTS** |

On January 9, 2008, Third Party Plaintiff RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS requested, pursuant to Federal Rules of Civil Procedure 41(a) and 41(c), and Local Rule 5-137(b), to voluntarily dismiss his Second Amended Third Party Complaint filed on or about March 26, 2008 , *without*

1  *prejudice*, as to Third Party Defendants ESTATE OF JACK HART, ESTATE OF ADAM
2  HART, ESTATE OF HARRY HALFORD, ESTATE OF DAWNINE D. HALFORD,
3  HILLARY AUTO SALES, SARK'S AUTO SALES, MODESTO MAZDA & ISUZU,
4  RULE DALE MITSUBISHI & HYUNDAI, TRANSMATIC TRANSMISSION
5  AUTOMOTIVE, JOE'S AUTOMOTIVE CENTER *only*, with each party to bear its own fees
6  and costs.

7      As the above parties have not yet served a responsive pleading, the request is
8  GRANTED.

9      IT IS SO ORDERED.

10  **Dated:   January 9, 2009**                    /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE