UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON, et al.,<br><br>    Defendants. | Case No. 07-CV-00491 LJO GSA<br><br>**ORDER RE JOINT DISMISSAL WITHOUT PREJUDICE OF SECOND AMENDED JOINT THIRD-PARTY COMPLAINT OF STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA, AND DIANE M. TONDA AGAINST CERTAIN THIRD PARTY DEFENDANTS** |
| AND RELATED COUNTER-CLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS. | |
| STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA' DIANE M. TONDA<br><br>    Third-Party Plaintiffs<br>vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>    Third-Party Defendants, | |

On January 8, 2009 Defendants, Cross-Complainants, Cross-Defendants, and Third-Party Plaintiffs Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M Tonda jointly requested, pursuant to Federal Rules of Civil Procedure 41(a) and 41(c), and

Page 1

[Proposed] Order for Dismissal of Second Amended Joint Third-Party Complaint of Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda Against Certain Third-Parties- Case No. - 07-CV-00491 LJO GSA

275751.1

1  Local Rule 5-137(b), to voluntarily dismiss their 3rd Party Complaint filed on or about May
2  29, 2008, without prejudice, as to 3rd-Party Defendants Adam Hart, Jack Hart, Estate of Harry
3  Halford, Dawine D. Harford, Hillary's Auto Sales, Sark's Auto Sales, Modesto Mazda &
4  Isuzu, Rule Dale Mitsubishi & Hyundia, Transmatic Transmissions, Inc., Transmatic
5  Automotive & Smog, Inc., and Joe's Automotive Center only, with each party to bear its own
6  fees and costs.
7        As the above parties have not yet served a responsive pleading, the request is
8  GRANTED.

11  IT IS SO ORDERED.

12  DATED:  _1/9/2009_____        /s/ LAWRENCE J. O'NEILL _____
13                                           HONORABLE LAWRENCE J. O'NEIL
                                         UNITED STATES DISTRICT JUDGE

[Proposed] Order for Dismissal of Second Amended Joint Third-Party Complaint of Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda Against Certain Third-Parties- Case No. - 07-CV-00491 LJO GSA

275751.1