1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment and Natural Resources Division
   United States Department of Justice
3
   ELISE FELDMAN
4  ANN C. HURLEY
   Environmental Enforcement Section
5  Environment and Natural Resources Division
   United States Department of Justice
6  301 Howard Street, Suite 1050
   San Francisco, CA  94105
7  Telephone:  (415) 744-6470
   Facsimile:  (415) 744-6476
8  E-mail: Elise.Feldman@usdoj.gov

9  MCGREGOR W. SCOTT
   United States Attorney
10 Eastern District of California
   DAVID SHELLEDY
11 Assistant United States Attorney
   Eastern District of California
12 501 I Street, Suite 10-100
   Sacramento, CA  95814
13 Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
14
15 Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN C. LYON, et al. ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> AND RELATED CROSS-ACTIONS ) <br> AND THIRD PARTY ACTIONS ) <br> ) <br> _____ ) | Case No. 1:07-CV-00491-LJO-GSA <br><br> ORDER HOLDING <br> BOWE PERMAC SUBJECT TO THE <br> TERMS OF THE STIPULATION <br> AND ORDER PROTECTING <br> CONFIDENTIAL INFORMATION |

1  Upon petition by the Plaintiff, United States of America ("United States"), and pursuant
2  to the stipulation filed on January 26, 20009, by Third Party Defendant Bowe Permac, Inc., the
3  court hereby orders that Bowe Permac Inc. ("Bowe Permac") is subject to the terms of the
4  Stipulation and Order Protecting Confidential Information issued by this court on January 22,
5  2009 (Doc. 342), along with, and to the full extent that, all of the other parties in this action are
6  subject to its terms.

10  IT IS SO ORDERED.
11  Dated: **January 27, 2009**          /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE