# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cv-00491 LJO GSA |
| ) | |
| Plaintiff, ) | ORDER GRANTING EX PARTE |
| ) | APPLICATION FOR ORDER SHORTENING |
| v. ) | TIME TO HEAR MOTION IN PART |
| ) | |
| STEPHEN C. LYON, et al., ) | ORDER RE: DISCOVERY DISCLOSURE |
| ) | |
| Defendants. ) | (Documents 356 and 361) |
| _____ ) | |
| ) | |
| AND RELATED CROSS-ACTIONS AND ) | |
| THIRD-PARTY ACTIONS ) | |
| _____ ) | |

On May 19, 2009, Ecology and Environment Inc. (Hereinafter, "EEI"), filed a Motion to Intervene and to Amend the Stipulated Protective Order signed by this Court on January 22, 2009. On the same day, EEI also filed an Ex Parte Application for an Order Shortening Time to Hear the Motion. EEI requested that the Motion to Intervene be heard on May 22, 2009. In the alternative, EEI requests that the court issue an order staying the release of Plaintiff's discovery disclosures under Rule 26 of the Federal Rules of Civil Procedure.

The Court has considered EEI's Ex Parte Application and GRANTS the application IN PART. The Motion to Intervene shall be heard on June 12, 2009 at 9:30 am in Courtroom 10.

Any opposition to the motion shall be filed no later than June 3, 2009.  Any reply shall be filed no later than June 8, 2009.   There shall be no discovery disclosure pursuant to Rule 26 that relates to EEI until this motion is resolved.

IT IS SO ORDERED.

**Dated:**   **May 20, 2009**                         **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE