Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261

John B. Thomas (*pro hac vice*)
jthomas@hicks-thomas.com
Brian M. Keller (*pro hac vice*)
bkeller@hicks-thomas.com
Hicks Thomas LLP
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

Counsel for Third-Party Defendant
R.R. STREET & CO. INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cv-00491-LJO-GSA |
| Plaintiff, | |
| v. | **JOINT REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT R.R. STREET & CO. INC.** |
| STEPHEN C. LYON, et al., | |
| Defendants/Third-Party Plaintiffs, | **[Fed. R. Civ. P. 41(a)(2), (c); L.R. 83-143]** |
| v. | |
| THE DOW CHEMICAL COMPANY, et al., | |
| Third-Party Defendants, | |
| AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, Third-Party Defendant R.R. Street & Co. Inc. ("Street"), Defendants/Third-Party Plaintiffs Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda as individuals ("Lyons/Tondas"), and Defendant/Third-Party Plaintiff Rajendra Jamnadas as the personal representative of the Estate

of Shantilal Jamnadas ("Jamnadas") respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against Street by the Lyons/Tondas and by Jamnadas. In support of this request, the parties hereto would show the following:

1. The Lyons/Tondas' operative third-party complaint (Doc. 279, filed May 29, 2008) asserts third-party claims against Street (among other parties).

2. Jamnadas' operative third-party complaint (Doc. 236, filed Mar. 26, 2008) likewise asserts third-party claims against Street (among other parties).

3. Street has filed a motion for summary judgment with respect to the aforementioned third-party claims (Doc. 374, filed July 17, 2009), which motion is set for hearing on October 27, 2009, at 8:30 a.m.

4. The Lyons/Tondas and Jamnadas desire to dismiss with prejudice all of their third-party claims against Street pursuant to Rule 41(a)(2), as made applicable by Rule 41(c). Street has no objection to such voluntary dismissal.

5. The parties hereto agree that they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court (1) enter an order dismissing with prejudice the third-party claims asserted against Street by the Lyons/Tondas and by Jamnadas, with all parties to bear their own costs with respect to such claims; and (2) remove from the calendar Street's pending motion for summary judgment.

Dated: September 24, 2009.

        Respectfully submitted,

        /s/ Eric Grant
        Eric Grant
        John B. Thomas
        Brian M. Keller
        Hicks Thomas LLP

        Counsel for Third-Party Defendant
        R.R. STREET & CO. INC.

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

|   |   |
|---|---|
| 1 | ROGERS JOSEPH O'DONNELL |
| 2 | By: /s/ Aaron P. Silberman |
|   | (as authorized on this date) |
| 3 | ROBERT C. GOODMAN |
|   | AARON P. SILBERMAN |
| 4 | ZACHARY M. RADFORD |

Attorneys for Defendants, Cross-Complainants, Cross-Defendants and Third-Party Plaintiffs STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA

SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP

By: /s/ KEITH D. CHIDLAW
    (as authorized on this date)
KEITH D. CHIDLAW

Attorneys for Defendant and Third-Party Plaintiff RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS

IT IS SO ORDERED.

Date:   September 29, 2009     /s/ Lawrence J. O'Neill
                               Hon. Lawrence J. O'Neill
                               United States District Judge