1   Patrick J. Cafferty (State Bar No.103417)
       Patrick.Cafferty@mto.com
2   Blanca F. Young (State Bar No. 217533)
       Blanca.Young@mto.com
3   Munger, Tolles & Olson LLP
    560 Mission Street
4   27th Floor
    San Francisco, CA 94105-2907
5
    Stephen C. Dillard (Admitted *Pro Hac Vice*)
6      sdillard@fulbright.com
    Jeffrey S. Wolff (Admitted *Pro Hac Vice*)
7      jwolff@fulbright.com
    Fulbright & Jaworski LLP
8   1301 McKinney, Suite 5100
    Houston, TX  77010
9   Telephone:  (713) 651-5151
    Facsimile:  (713) 651-5246
10
    Attorneys for Third-Party Defendant and Cross-
11  Claimant LEGACY VULCAN CORP.

12              UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14                    FRESNO DIVISION

15

16  UNITED STATES OF AMERICA,           Case No.  1:07-CV-00491-LJO-GSA

17              Plaintiff,              **JOINT STIPULATION FOR VOLUNTARY
                                        DISMISSAL WITH PREJUDICE OF
18         v.                           THIRD-PARTY CLAIMS AGAINST
                                        THIRD-PARTY DEFENDANT AND
19  STEPHEN C. LYON; SUZANNE S.         CROSS-CLAIMANT LEGACY VULCAN
    LYON; RUSSELL R. TONDA; DIANE       CORP.**
20  M. TONDA; RAJENDRA JAMNADAS,        **[Fed. R. Civ. Proc. 41(a)(2); L.R. 83-143]**
    personal representative of the ESTATE OF
21  SHANTALIL JAMNADAS,

22              Defendants.

23  AND RELATED CROSS-COMPLAINTS
    AND THIRD-PARTY COMPLAINTS.
24

25

26

27

28

STIPULATION FOR VOLUNTARY DISMISSAL OF
LEGACY VULCAN CORP. - CASE NO. 07-CV-00491-
LJO-GSA
9139056.1

1

2    Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143,

3    Third-Party Defendant and Cross-Claimant Legacy Vulcan Corp. (erroneously sued as "Vulcan

4    Materials Company") and Defendant/Third-Party Plaintiff Rajendra Jamnadas, the personal

5    representative of the Estate of Shantalil Jamnadas ("Jamnadas"), respectfully request that this

6    Court enter an order dismissing with prejudice the third-party claims asserted against Legacy

7    Vulcan Corp. by Jamnadas.  In support of this request, the parties hereto would show the

8    following:

9       1.   Jamnadas' operative third-party complaint (Doc. 236, filed Mar. 26, 2008) asserts

10           third-party claims against Legacy Vulcan Corp. (among other parties).

11      2.   Jamnadas desires to dismiss with prejudice all of his third-party claims against

12           Legacy Vulcan Corp. pursuant to Federal Rule of Civil Procedure 41(a)(2) as

13           made applicable by Rule 41(c).  Legacy Vulcan Corp. has no objection to such

14           voluntary dismissal.

15      3.   The parties hereto agree that they will bear their own costs with respect to the

16           aforementioned third-party claims.

17   Accordingly, the parties hereto respectfully request that this Court enter an order dismiss

18   with prejudice the third-party claims asserted against Legacy Vulcan Corp. by Jamnadas.

19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION FOR VOLUNTARY DISMISSAL OF
LEGACY VULCAN CORP. - CASE NO. 07-CV-00491-
LJO-GSA
9139056.1

- 1 -

1

2    DATED:  October 29, 2009              MUNGER, TOLLES & OLSON LLP

3

4                                          By:_____/s/ Blanca F. Young_____
                                               Patrick J. Cafferty, Jr.
5                                              Blanca F. Young

6                                          Attorneys for Third-Party Defendant
                                           LEGACY VULCAN CORP.
7

8    DATED:  _____, 2009              SCHUERING ZIMMERMAN SCULLY
                                           TWEEDY & DOYLE, LLP
9

10

11                                         By:   _____
                                               Keith D. Childlaw
12

13                                         Attorneys for Defendant and Third
                                           Party Plaintiff RAJENDRA
                                           JAMNADAS, personal representative
14                                         of the ESTATE OF SHANTILAL
                                           JAMNADAS
15

16

17   IT IS SO ORDERED.

18

19   Date: ___November 4, 2009_____

20

21   ___/s/ Lawrence J. O'Neill_____
     Hon. Lawrence J. O'Neill
22   United States District Judge

23

24

25

26

27

28

STIPULATION FOR VOLUNTARY DISMISSAL OF
LEGACY VULCAN CORP. - CASE NO. 07-CV-00491-
LJO-GSA                                          - 2 -
9139056.1