1

2

3

4            IN THE UNITED STATES DISTRICT COURT

5          FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,              CASE NO. CV F 07-0491 LJO GSA

8              Plaintiff,                  ORDER STRIKING DOC. 391 AND
                                           DIRECTING THE CLERK TO REINSTATE
9        vs.                               LEGACY VULCAN AS A
                                           THIRD PARTY DEFENDANT
10  STEPHEN C. LYON, et al.,

11             Defendants.
    _____/
12
    AND RELATED CROSS-ACTIONS AND
13  THIRD-PARTY ACTIONS.

14  _____/

15       Due to an error in submission of stipulations to the Court for signature, Doc. 391 was entered

16  in error.  (Doc. 391: Third-Party Defendant and Cross-Claimant Legacy Vulcan Corp. (erroneously sued

17  as "Vulcan Materials Company") and Defendant/Third-Party Plaintiff Rajendra Jamnadas, the personal

18  representative of the Estate of Shantalil Jamnadas ("Jamnadas").)  Accordingly, the Court STRIKES

19  Doc. 391.  Legacy Vulcan Corp. (erroneously sued as "Vulcan Materials Company") is not dismissed

20  from the Jamnadas' Third Party Complaint.

21       The Clerk of the Court is directed to CORRECT the docket and reinstate  Legacy Vulcan Corp.

22  (erroneously sued as "Vulcan Materials Company") as a Third Party Defendant in this action.

23  IT IS SO ORDERED.

24  Dated:    November 9, 2009            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE
25

26

27

28

                                          1