Patrick.Cafferty@mto.com
Blanca F. Young (State Bar No. 217533)
  Blanca.Young@mto.com
Munger, Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907

Stephen C. Dillard (Admitted *Pro Hac Vice*)
  sdillard@fulbright.com
Jeffrey S. Wolff (Admitted *Pro Hac Vice*)
  jwolff@fulbright.com
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX  77010
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Attorneys for Third-Party Defendant and Cross-
Claimant LEGACY VULCAN CORP.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

#### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTALIL JAMNADAS,<br><br>Defendants. | Case No.  1:07-CV-00491-LJO-GSA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT AND CROSS-CLAIMANT LEGACY VULCAN CORP.**<br>**[Fed. R. Civ. Proc. 41(a)(2); L.R. 83-143]** |
| AND RELATED CROSS-COMPLAINTS AND THIRD-PARTY COMPLAINTS. | |

1

2          Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143,

3   Third-Party Defendant and Cross-Claimant Legacy Vulcan Corp. (erroneously sued as "Vulcan

4   Materials Company") and Defendant/Third-Party Plaintiffs Stephen C. Lyon, Suzanne Lyon,

5   Russell R. Tonda, and Diane M. Tonda as individuals ("Lyons/Tondas") respectfully request that

6   this Court enter an order dismissing with prejudice the third-party claims asserted against Legacy

7   Vulcan Corp. by Lyons/Tondas.  In support of this request, the parties hereto would show the

8   following:

9          1.   The Lyons/Tondas' operative third-party complaint (Doc. 215, filed Mar. 11,
                2008) asserts third-party claims against Legacy Vulcan Corp. (among other
10               parties).

11         2.   The Lyons/Tondas desire to dismiss with prejudice all of their third-party claims
                against Legacy Vulcan Corp. pursuant to Federal Rule of Civil Procedure 41(a)(2)
12               as made applicable by Rule 41(c).  Legacy Vulcan Corp. has no objection to such
                voluntary dismissal.

13         3.   The parties hereto agree that they will bear their own costs with respect to the
                aforementioned third-party claims.

14         Accordingly, the parties hereto respectfully request that this Court enter an order dismiss

15   with prejudice the third-party claims asserted against Legacy Vulcan Corp. by the Lyons/Tondas.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26

1

2    DATED:  October 29, 2009          MUNGER, TOLLES & OLSON LLPBy:____/s/
                                       Blanca F. Young
3                                      Patrick J. Cafferty, Jr. Blanca F. Young
                                       Attorneys for Third-Party Defendant  LEGACY
4                                      VULCAN CORP.
     DATED:  October 29, 2009          ROGERS JOSEPH O'DONNELLBy:_____/s/
5                                      Aaron P. Silberman_____         Robert C.
                                       Goodman      Aaron P. Silberman    D. Kevin
6                                      Shipp
                                            Attorneys for Defendants, Cross-
7                                          Complainants, Cross-Defendants and
                                           Third-Party Plaintiffs STEPHEN C.
8                                          LYON, SUZANNE S. LYON, RUSSELL
                                           R. TONDA, DIANE M. TONDA
9

10

11   IT IS SO ORDERED.

12

13   **Dated:    November 9, 2009**          ____/s/ Lawrence J. O'Neill_____

14                                        UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

2728