ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
rgoodman@rjo.com
AARON P. SILBERMAN (State Bar No. 161021)
asilberman@rjo.com
D. KEVIN SHIPP (State Bar No. 245947)
kshipp@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendants STEPHEN C. LYON,
SUZANNE S. LYON, RUSSELL R. TONDA and
DIANE M. TONDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>STEPHEN C. LYON, et al.,<br><br>             Defendants.<br><br>AND RELATED COUNTER-CLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS. | Case No. 07-CV-00491 LJO GSA<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE HEARING DATE FOR UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[L.R. 78-230(g)]<br><br>Hearing Date:   December 14, 2009<br>Time:           8:30 a.m.<br>Courtroom:      4<br>Judge:          Hon. Lawrence J. O'Neill |

   IT IS HEREBY STIPULATED by and between counsel for Plaintiff United States of America ("Plaintiff") and Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda (the "Lyons and Tondas") (collectively "the parties") as follows:

   WHEREAS Plaintiff filed a Notice of Motion and Motion for Partial Summary Judgment on November 3, 2009.  (Doc. No. 384).

Page 1

WHEREAS Plaintiff requested that their Motion for Partial Summary Judgment be heard on Monday, December 14, 2009, at 8:30 a.m., or as soon thereafter as the matter may be heard.

WHEREAS the Lyons' and Tondas' Opposition brief would be due on Friday November 27, 2009 and Plaintiff's Reply brief would be due on December 7, 2009.

WHEREAS the parties have agreed to request that the hearing date be continued to January 25, 2010, at 8:30 a.m.

NOW THEREFORE, pursuant to Local Rule 78-230(g), the parties, by and through their undersigned counsel, hereby stipulate and request that, the Plaintiff's Motion for Partial Summary Judgment be heard on January 25, 2010, at 8:30 a.m.

Dated:  November 11, 2009                         ROGERS JOSEPH O'DONNELL

                                                               By:    */s/ Aaron P. Silberman*
                                                                        Aaron P. Silberman
                                                                        Attorneys for Defendants
                                                                        STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA and DIANE M. TONDA

Dated:  November 11, 2009                         UNITED STATES DEPARTMENT OF JUSTICE

                                                               By:    */s/ Elise Feldman*
                                                                        Elise Feldman
                                                                        Attorneys for Plaintiff
                                                                        UNITED STATES OF AMERICA

Page 2

Stipulation to Continue Hearing Date for United States Motion for Partial Summary Judgment
Case No. - 07-CV-00491 LJO GSA284614.1

1
2          The Motion Hearing currently set for December 14, 2009 has been CONTINUED to January 25, 2010 at 8:30 a.m.
3
4          IT IS SO ORDERED.
5
6    **Dated:   November 12, 2009**          /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

Page 3

Stipulation to Continue Hearing Date for United States Motion for Partial Summary Judgment
Case No. - 07-CV-00491 LJO GSA284614.1