STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
DONALD E. SOBELMAN (State Bar No. 184028; des@bcltlaw.com)
KATHRYN L. OEHLSCHLAGER (State Bar No. 226817; klo@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:  (415) 228-5400
Fax:  (415) 228-5450

Attorneys for Third-Party Defendant
OCCIDENTAL CHEMICAL CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS. | Case No. 1:07-cv-00491-LJO-GSA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT OCCIDENTAL CHEMICAL CORPORATION**<br>**[Fed. R. Civ. Proc. 41(a)(2); L.R. 83-143]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, Third-Party Defendant Occidental Chemical Corporation and Defendant/Third-Party Plaintiffs Stephen C. Lyon, Suzanne Lyon, Russell R. Tonda, and Diane M. Tonda as individuals ("Lyons/Tondas") respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against Occidental Chemical Corporation by Lyons/Tondas.  In support of this request, the parties hereto would show the following:

1. The Lyons/Tondas' operative third-party complaint (Doc. 215 filed March 11, 2008) asserts third-party claims against Occidental Chemical Corporation (among other parties).

2. The Lyons/Tondas desire to dismiss with prejudice all of their third-party claims against Occidental Chemical Corporation pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c).  Occidental Chemical Corporation has no objection to such voluntary dismissal.

3. The parties hereto agree that they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against Occidental Chemical Corporation by the Lyons/Tondas.

Dated: November 23, 2009

BARG COFFIN LEWIS & TRAPP, LLP
STEPHEN C. LEWIS
R. MORGAN GILHULY
DONALD E. SOBELMAN
KATHRYN L. OEHLSCHLAGER


By:   /s/ Kathryn L. Oehlschlager
         KATHRYN L. OEHLSCHLAGER

Attorneys for Third-Party Defendant
OCCIDENTAL CHEMICAL CORPORATION

Dated: November 23, 2009

ROGERS JOSEPH O'DONNELL
AARON P. SILBERMAN


By:   /s/ Robert C. Goodman
         ROBERT C. GOODMAN

Attorneys for Defendants, Cross-Complainants, Cross-Defendants and Third-Party Plaintiffs
STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA, DIANE M. TONDA

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (OCCIDENTAL CHEMICAL CORPORATION)**   2
U.S.D.C. Case No. Civ. 1:07-cv-00491

670769.1

1  IT IS SO ORDERED.

2  Dated: November _25, 2009          /s/ Lawrence J. O'Neill
3                                     UNITED STATES DISTRICT JUDGE