P. GERHARDT ZACHER (SBN: 043184)
KRISTIN N. REYNA (SBN: 211075)
MATTHEW P. NUGENT (SBN: 214844)
GORDON & REES LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Third-Party Defendant
COOPER INDUSTRIES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:07-CV-00491-LJO-NEW |
|---|---|
| Plaintiff, | ) **JOINT STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST THIRD-PARTY DEFENDANT AND CROSS-CLAIMANT COOPER INDUSTRIES, LLC** |
| vs. | |
| STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTALIL JAMNADAS, | **[Fed. R. Civ. Proc. 41(a)(2); L.R. 83-143]** |
| Defendants. | |
| RELATED CROSS- COMPLAINTS and THIRD-PARTY COMPLAINTS | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, Third-Party Defendant Cooper Industries, LLC, respectfully requests that this Court enter an order dismissing with prejudice the third-party claims asserted against Cooper Industries, LLC by Steven C. Lyon, Suzanne S. Lyon, Russell R. Tonda and Diane M. Tonda ("Lyons/Tondas"). In support of this request, the parties hereto would show the following:

1. The Lyons/Tondas' operative third-party complaint (Doc. 236, filed Mar. 26, 2008) asserts third-party claims against Cooper Industries, LLC (among other parties).

2. The Lyons/Tondas desire to dismiss with prejudice all of their third-party claims against Cooper Industries, LLC pursuant to Federal Rule of Civil

- 1 -

Procedure 41(a)(2) as made applicable by Rule 41(c). Cooper Industries, LLC has no objection to such voluntary dismissal.

3. The parties hereto agree that they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismiss with prejudice the third-party claims asserted against Cooper Industries, LLC by the Lyons/Tondas.

Dated: November 24, 2009        GORDON & REES LLP

                                By:   //s// Kristin N. Reyna
                                      P. Gerhardt Zacher
                                      Kristin N. Reyna
                                      Matthew P. Nugent
                                      Attorneys for Third-Party Defendant
                                      COOPER INDUSTRIES LLC

Dated: November 24, 2009        ROGERS JOSEPH AND O'DONNELL

                                By:   //s// Robert Cedric Goodman
                                      Robert Cedric Goodman
                                      Aaron P. Silberman
                                      Attorneys for Defendants, Cross-
                                      Complainants, Cross-Defendants and Third-
                                      Party Plaintiffs Stephen C. Lyon, Suzanne S.
                                      Lyon, Diane M. Tonda and Russell R. Tonda

IT IS SO ORDERED.

Date:_November 30, 2009_        /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE
                                HON. LAWRENCE J. O'NEILL

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA  92101

COIN/1047589/7250593v.1

- 2 -

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST THIRD PARTY DEFENDANT COOPER INDUSTRIES, LLC**