1  KEITH D. CHIDLAW, Bar No. 133604
   SCHUERING ZIMMERMAN
2  SCULLY TWEEDY & DOYLE, LLP
   400 University Avenue
3  Sacramento, California  95825-6502
   Telephone:    (916) 567-0400
4  Facsimile:    (916) 568-0400

5  Attorneys for Defendant RAJENDRA JAMNADAS, personal representative of the
   ESTATE OF SHANTILAL JAMNADAS and Third Party Defendant RAJENDRA
6  JAMNADAS, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-CV-00491-LJO-GSA |
| Plaintiff, ) ) | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL** |
| vs. ) ) | **WITHOUT PREJUDICE OF THIRD-PARTY CLAIM** |
| STEPHEN C. LYON; SUZANNE S. LYON; ) RUSSELL R. TONDA; DIANE M. TONDA; ) RAJENDRA JAMNADAS, personal ) representative of the ESTATE OF ) SHANTILAL JAMNADAS, et al., ) ) | **AGAINST THIRD-PARTY DEFENDANT COOPER INDUSTRIES, INC.** |
| Defendants. ) _____) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local rule 83-143, Third-Party Defendant Cooper Industries, Inc., and Defendant/Third-Party Plaintiff Rajendra Jamnadas as the personal representative of the Estate of Shantilal Jamnadas ("Jamnadas") respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Cooper Industries, Inc. by Jamnadas.  In support of this request, the parties hereto would show the following:

   1.  Jamnadas' operative Third-Party Complaint (Doc. 236), filed March 26, 2008) asserts third-party claims against Cooper Industries, Inc. (among other parties).

/ / /

1  2. Jamnadas desires to dismiss without prejudice its third-party claims against
2  Cooper Industries, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2)
3  as made applicable by Rule 41(c). Cooper Industries, Inc. has no objection
4  to such voluntary dismissal.

5  3. The parties agree they will bear their own costs with respect to the
6  aforementioned third-party claims.

7  Accordingly, the parties hereto respectfully request that this Court enter an order
8  dismissing without prejudice the third-party claims asserted against Cooper Industries, Inc.
9  by Jamnadas.

10  Dated: November 25, 2009   SCHUERING ZIMMERMAN
                                SCULLY TWEEDY & DOYLE, LLP

                                By    /s/ KEITH D. CHIDLAW
                                   KEITH D. CHIDLAW
                                   Attorney for Defendant/Third-Party Plaintiff
                                   RAJENDRA JAMNADAS, as personal
                                   representative of the ESTATE OF
                                   SHANTILAL JAMNADAS and Third Party
                                   Defendant RAJENDRA JAMNADAS,
                                   individually

17  Dated: November 25, 2009   GORDON & REES LLP

                                By    /s/ KRISTIN REYNA
                                   KRISTIN REYNA
                                   (as authorized on November 25, 2009)
                                   Attorney for Third-Party Defendant
                                   Cooper Industries, LLC

23  IT IS SO ORDERED.

25  Date:  November 30, 2009       /s/ Lawrence J. O'Neill
                                   Hon. Lawrence J. O'Neill
                                   United States District Judge