KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
Telephone: (916) 567-0400
Facsimile: (916) 568-0400

Attorneys for Defendant RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS and Third Party Defendant RAJENDRA JAMNADAS, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS, et al.,<br><br>  Defendants. | No. 1:07-CV-00491-LJO-GSA<br><br>**AMENDED JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIM AGAINST THIRD-PARTY DEFENDANT COOPER INDUSTRIES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local rule 83-143, Third-Party Defendant Cooper Industries, LLC, and Defendant/Third-Party Plaintiff Rajendra Jamnadas as the personal representative of the Estate of Shantilal Jamnadas ("Jamnadas") respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Cooper Industries, LLC by Jamnadas. In support of this request, the parties hereto would show the following:

1. Jamnadas' operative Third-Party Complaint (Doc. 236), filed March 26, 2008) asserts third-party claims against Cooper Industries, LLC (among other parties).

/ / /

2. Jamnadas desires to dismiss without prejudice its third-party claims against Cooper Industries, LLC pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c). Cooper Industries, LLC has no objection to such voluntary dismissal.

3. The parties agree they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Cooper Industries, LLC by Jamnadas.

Dated: December 2, 2009    SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP

By   /s/ KEITH D. CHIDLAW
KEITH D. CHIDLAW
Attorney for Defendant/Third-Party Plaintiff RAJENDRA JAMNADAS, as personal representative of the ESTATE OF SHANTILAL JAMNADAS and Third Party Defendant RAJENDRA JAMNADAS, individually

Dated: December 2, 2009    GORDON & REES LLP

By   /s/ KRISTIN REYNA
KRISTIN REYNA
(as authorized on December 2, 2009)
Attorney for Third-Party Defendant Cooper Industries, LLC

IT IS SO ORDERED.

Date: December 2, 2009    /s/ Lawrence J. O'Neill
Hon. Lawrence J. O'Neill
United States District Judge