Gary J. Smith, (State Bar No. 141393)
gsmith@bdlaw.com
Jia Yn Chen, (State Bar No. 222537)
jchen@bdlaw.com
Beveridge & Diamond, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA  94104-1251
Telephone No.:  (415) 262-4000
Facsimile No.:   (415) 262-4040

Attorneys for Third-Party Defendant
PPG INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS,<br><br>　　　　　　　Defendants.<br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS | Case No. 1:07-CV-00491-LJO-GSA<br><br>**JOINT STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT PPG INDUSTRIES, INC.**<br>[Fed. R. Civ. P. 41(a)(2), (c); L.R. 83-143] |

Pursuant to Federal Rule of Civil Procedure 41 (a)(2) and (c) and Local Rule 83-143, Third-Party Defendant PPG Industries, Inc. ("PPG") and Defendant/Third-Party Plaintiffs Steven C. Lyon, Suzanne S. Lyon, Russell R. Tonda and Diane M. Tonda as individuals ("Lyons/Tondas") respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against PPG by Lyons/Tondas.  In support of this request, the parties hereto would show the following:

　　　　1. The Lyons/Tondas' operative third-party complaint (Doc. 279, filed May 29, 2008) asserts third-party claims against PPG (among other parties).

---

2. The Lyons/Tondas desire to dismiss with prejudice all of their third-party claims against PPG pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c). PPG has no objection to such voluntary dismissal.

3. The parties hereto agree that they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against PPG by the Lyons/Tondas.

Dated: December 1, 2009.          BEVERIDGE & DIAMOND, P.C.


                                  By:  /s/ Jia Yn Chen
                                       JIA YN CHEN

                                  Attorneys for Third Party Defendant
                                  PPG INDUSTRIES, INC.


Dated: December 1, 2009.          ROGERS JOSEPH AND O'DONNELL


                                  By:  /s/ Robert C. Goodman (as authorized on 12-1-09)
                                       ROBERT C. GOODMAN

                                  Attorneys for Defendants, Cross-Complainants,
                                  Cross-Defendants and Third-Party Plaintiffs
                                  Stephen C. Lyon, Suzanne S. Lyon, Diane M.
                                  Tonda and Russell R. Tonda


IT IS SO ORDERED.

Date: December 2, 2009            /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE
                                  HON. LAWRENCE J. O'NEILL

-2-

CERTIFICATE OF SERVICE; Case No. 1:07 CV 00491