1  Patrick J. Cafferty (State Bar No.103417)
        Patrick.Cafferty@mto.com
2  Blanca F. Young (State Bar No. 217533)
        Blanca.Young@mto.com
3  Munger, Tolles & Olson LLP
   560 Mission Street
4  27th Floor
   San Francisco, CA 94105-2907
5
   Stephen C. Dillard (Admitted *Pro Hac Vice*)
6     sdillard@fulbright.com
   Jeffrey S. Wolff (Admitted *Pro Hac Vice*)
7     jwolff@fulbright.com
   Fulbright & Jaworski LLP
8  1301 McKinney, Suite 5100
   Houston, TX  77010
9  Telephone:  (713) 651-5151
   Facsimile:  (713) 651-5246
10
   Attorneys for Third-Party Defendant and Cross-
11 Claimant LEGACY VULCAN CORP.

12              UNITED STATES DISTRICT COURT

13            EASTERN DISTRICT OF CALIFORNIA

14                   FRESNO DIVISION

15

16 UNITED STATES OF AMERICA,            Case No.  1:07-CV-00491-LJO-GSA

17              Plaintiff,              **JOINT STIPULATION FOR VOLUNTARY
                                        DISMISSAL WITHOUT PREJUDICE OF
18        v.                            THIRD-PARTY CLAIMS AGAINST
                                        THIRD-PARTY DEFENDANT AND
19 STEPHEN C. LYON; SUZANNE S.          CROSS-CLAIMANT LEGACY VULCAN
   LYON; RUSSELL R. TONDA; DIANE        CORP.**
20 M. TONDA; RAJENDRA JAMNADAS,         **[Fed. R. Civ. Proc. 41(a)(2); L.R. 83-143]**
   personal representative of the ESTATE OF
21 SHANTALIL JAMNADAS,

22              Defendants.

23 AND RELATED CROSS-COMPLAINTS
   AND THIRD-PARTY COMPLAINTS.
24

25

26

27

28

STIPULATION FOR VOLUNTARY DISMISSAL OF
LEGACY VULCAN CORP. - CASE NO. 07-CV-00491-
LJO-GSA
9139056.1

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, Third-Party Defendant and Cross-Claimant Legacy Vulcan Corp. (erroneously sued as "Vulcan Materials Company") and Defendant/Third-Party Plaintiff Rajendra Jamnadas, the personal representative of the Estate of Shantalil Jamnadas ("Jamnadas"), respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Legacy Vulcan Corp. by Jamnadas.  In support of this request, the parties hereto would show the following:

1.  Jamnadas' operative third-party complaint (Doc. 236, filed Mar. 26, 2008) asserts third-party claims against Legacy Vulcan Corp. (among other parties).

2.  Jamnadas desires to dismiss without prejudice its third-party claims against Legacy Vulcan Corp. pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c).  Legacy Vulcan Corp. has no objection to such voluntary dismissal.

3.  The parties hereto agree that they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Legacy Vulcan Corp. by Jamnadas.

///
///
///
///
///
///
///
///
///
///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION FOR VOLUNTARY DISMISSAL OF
LEGACY VULCAN CORP. - CASE NO. 07-CV-00491-
LJO-GSA
9139056.1

1

1

2    DATED:  December 2, 2009                    MUNGER, TOLLES & OLSON LLP

3

4                                               By:      /s/ Blanca F. Young
                                                      Patrick J. Cafferty, Jr.
5                                                     Blanca F. Young

6                                               Attorneys for Third-Party Defendant
                                                LEGACY VULCAN CORP.
7

8    DATED:  December 2, 2009                    SCHUERING ZIMMERMAN SCULLY
                                                TWEEDY & DOYLE, LLP
9

10

11                                              By:      _____
                                                      Keith D. Childlaw
12
                                                Attorneys for Defendant and Third
13                                              Party Plaintiff RAJENDRA
                                                JAMNADAS, personal representative
14                                              of the ESTATE OF SHANTILAL
                                                JAMNADAS
15

16

17   IT IS SO ORDERED.

18

19   Date: December 2, 2009

20
                                                /s/ Lawrence J. O'Neill
21                                              Hon. Lawrence J. O'Neill
                                                United States District Judge
22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION FOR VOLUNTARY DISMISSAL OF
LEGACY VULCAN CORP. - CASE NO. 07-CV-00491-
LJO-GSA
9139056.1

2