KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
Telephone:   (916) 567-0400
Facsimile:    (916) 568-0400

Attorneys for Defendant RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS and Third Party Defendant RAJENDRA JAMNADAS, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-CV-00491-LJO-GSA |
| Plaintiff, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIM AGAINST THIRD-PARTY DEFENDANT OCCIDENTAL CHEMICAL CORPORATION** |
| vs. | |
| STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local rule 83-143, Third-Party Defendant Occidental Chemical Corporation, and Defendant/ Third-Party Plaintiff Rajendra Jamnadas as the personal representative of the Estate of Shantilal Jamnadas ("Jamnadas") respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Occidental Chemical Corporation by Jamnadas. In support of this request, the parties hereto would show the following:

1. Jamnadas' operative Third-Party Complaint (Doc. 236), filed March 26, 2008) asserts third-party claims against Occidental Chemical Corporation (among other parties).

/ / /

1    2.   Jamnadas desires to dismiss without prejudice its third-party claims against Occidental Chemical Corporation pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c). Occidental Chemical Corporation has no objection to such voluntary dismissal.

2    3.   The parties agree they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Occidental Chemical Corporation by Jamnadas.

Dated:  December 4, 2009         SCHUERING ZIMMERMAN
                                 SCULLY TWEEDY & DOYLE, LLP


                                 By    /s/ KEITH D. CHIDLAW
                                       KEITH D. CHIDLAW
                                       Attorney for Defendant/Third-Party Plaintiff
                                       RAJENDRA JAMNADAS, as personal
                                       representative of the ESTATE OF
                                       SHANTILAL JAMNADAS and Third Party
                                       Defendant RAJENDRA JAMNADAS,
                                       individually

Dated:  December 4, 2009         BARG COFFIN LEWIS & TRAPP, LLP


                                 By    /s/ STEPHEN C. LEWIS
                                       STEPHEN C. LEWIS
                                       (as authorized on December 4, 2009)
                                       Attorney for Third-Party Defendant
                                       OCCIDENTAL CHEMICAL CORPORATION


IT IS SO ORDERED.


Date:  December 7, 2009          /s/ Lawrence J. O'Neill
                                 Hon. Lawrence J. O'Neill
                                 United States District Judge