KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
Telephone:   (916) 567-0400
Facsimile:    (916) 568-0400

Attorneys for Defendant RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS and Third Party Defendant RAJENDRA JAMNADAS, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS, et al.,<br><br>            Defendants. | No. 1:07-CV-00491-LJO-GSA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIM AGAINST THIRD-PARTY DEFENDANT PPG INDUSTRIES, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local rule 83-143, Third-Party Defendant PPG Industries, Inc., and Defendant/Third-Party Plaintiff Rajendra Jamnadas as the personal representative of the Estate of Shantilal Jamnadas ("Jamnadas") respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against PPG Industries, Inc. by Jamnadas. In support of this request, the parties hereto would show the following:

1. Jamnadas' operative Third-Party Complaint (Doc. 236), filed March 26, 2008) asserts third-party claims against PPG Industries, Inc. (among other parties).

/ / /

2. Jamnadas desires to dismiss without prejudice its third-party claims against PPG Industries, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c). PPG Industries, Inc. has no objection to such voluntary dismissal.

3. The parties agree they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against PPG Industries, Inc. by Jamnadas.

Dated: December 3, 2009        SCHUERING ZIMMERMAN
                               SCULLY TWEEDY & DOYLE, LLP


                               By    /s/ KEITH D. CHIDLAW
                                     KEITH D. CHIDLAW
                               Attorney for Defendant/Third-Party Plaintiff
                               RAJENDRA JAMNADAS, as personal
                               representative of the ESTATE OF
                               SHANTILAL JAMNADAS and Third Party
                               Defendant RAJENDRA JAMNADAS,
                               individually

Dated: December 3, 2009        BEVERAGE & DIAMOND, P.C.


                               By    /s/ JIA YN CHEN
                                     JIA YN CHEN
                                     (as authorized on December 3, 2009)
                               Attorney for Third-Party Defendant
                               PPG Industries, LLC


IT IS SO ORDERED.


Date:  December 7, 2009         /s/ Lawrence J. O'Neill
                                Hon. Lawrence J. O'Neill
                                United States District Judge