KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
Telephone:   (916) 567-0400
Facsimile:   (916) 568-0400

Attorneys for Defendant RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS and Third Party Defendant RAJENDRA JAMNADAS, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS, et al.,<br><br>   Defendants. | No. 1:07-CV-00491-LJO-GSA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIM AGAINST THIRD-PARTY DEFENDANT GOSS JEWETT CO. OF NORTHERN CALIFORNIA** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local rule 83-143, Third-Party Defendant Goss Jewett Co. of Northern California, and Defendant/Third-Party Plaintiff Rajendra Jamnadas as the personal representative of the Estate of Shantilal Jamnadas ("Jamnadas") respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Goss Jewett Co. of Northern California by Jamnadas. In support of this request, the parties hereto would show the following:

1. Jamnadas' operative Third-Party Complaint (Doc. 236), filed March 26, 2008) asserts third-party claims against Goss Jewett Co. of Northern California (among other parties).

/ / /

2. Jamnadas desires to dismiss without prejudice its third-party claims against Goss Jewett Co. of Northern California pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c). Goss Jewett Co. of Northern California has no objection to such voluntary dismissal.

3. The parties agree they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Goss Jewett Co. of Northern California by Jamnadas.

Dated: December 3, 2009   SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP


By   /s/ KEITH D. CHIDLAW
KEITH D. CHIDLAW
Attorney for Defendant/Third-Party Plaintiff RAJENDRA JAMNADAS, as personal representative of the ESTATE OF SHANTILAL JAMNADAS and Third Party Defendant RAJENDRA JAMNADAS, individually

Dated: December 3, 2009   BRYDON HUGO & PARKER


By   /s/ JOSETTE D. JOHNSON
JOSETTE D. JOHNSON
(as authorized on December 3, 2009)
Attorney for Third-Party Defendant
GOSS JEWETT CO. OF NORTHERN CALIFORNIA


IT IS SO ORDERED.


Date: December 7, 2009   /s/ Lawrence J. O'Neill
Hon. Lawrence J. O'Neill
United States District Judge