ALEXANDER M. WEYAND (SBN 108147)
PAUL P. DeANGELIS (SBN 193913)
REBECCA M. HOBERG (SBN 224086)
Weyand Law Firm, A Professional Corporation
531 Howard Street, First Floor
San Francisco, CA 94105
Telephone:  (415) 536-2800
Facsimile:  (415) 536-2818

Attorneys for Defendants Bowe Permac, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>STEPHEN C. LYON, et al.,<br><br>             Defendants.<br>_____<br><br>AND RELATED CROSS-COMPLAINTS AND THIRD-PARTY COMPLAINTS | CASE NO. CIV 1:07-CV-00491-LJO-GSA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT AND CROSS-CLAIMANT BOWE PERMAC, INC.**<br><br>**[Fed. R. Civ. Proc. 41 (a)(2); L.R. 83-143]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, Third-Party Defendant and Cross-Claimant Bowe Permac, Inc., and Defendants/Third-Party Plaintiffs Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda as individuals ("Lyons/Tondas"), respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against Bowe Permac, Inc. by Lyons/Tondas.  In support of this request, the parties hereto would show the following:

   1. The Lyons/Tondas' operative Third-Party Complaint (Doc. 279, filed March 29, 2008) asserts third-party claims against Bowe Permac, Inc. (among other parties).
   2. The Lyons/Tondas desire to dismiss with prejudice all of their third-party claims against Bowe Permac, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2) as

1  made applicable by Rule 41(c).  Bowe Permac, Inc. has no objection to such
2  voluntary dismissal.
3     3.  The parties hereto agree that they will bear their own costs with respect to the
4  aforementioned third-party claims.
5  Accordingly, the parties hetero respectfully request that this Court enter an order
6  dismissing with prejudice the third-party claims asserted against Bowe Permac, Inc. by
7  Lyons/Tondas.

8
Dated: December 4, 2009
9
                                                       WEYAND LAW FIRM, P.C.
10
11
                                        By: __/s/ Alexander M. Weyand__
12
                                            Alexander M. Weyand
                                            Rebecca M. Hoberg
13
                                          Attorneys for Third-Party Defendant
                                          BOWE PERMAC, INC.
14
Dated: December 4, 2009
15
                                                       ROGERS JOSEPH O'DONNELL
16
17
                                        By:  __/s/ Robert C. Goodman__
18
                                        (as authorized on December 4, 2009)
                                          Robert C. Goodman
19
                                          Aaron P. Silberman
                                          D. Kevin Shipp
20
                                          Attorneys for Defendants, Cross-Complainants,
                                          Cross-Defendants and Third-Party Plaintiff STEPHEN
21
                                          C. LYON, SUZANNE S. LYON, RUSSELL R.
                                          TONDA, DIANE M. TONDA
22

23  IT IS SO ORDERED.
24  Date:     __December 8, 2009            /s/ Lawrence J. O'Neill
25
                                              Hon. Lawrence J. O'Neill
26
                                              United States District Judge
27