KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
Telephone:      (916) 567-0400
Facsimile:       (916) 568-0400

Attorneys for Defendant RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS and Third Party Defendant RAJENDRA JAMNADAS, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS, et al.,<br><br>  Defendants. | No. 1:07-CV-00491-LJO-GSA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIM AGAINST THIRD-PARTY DEFENDANT THE DOW CHEMICAL COMPANY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local rule 83-143, Third-Party Defendant The Dow Chemical Company, and Defendant/Third-Party Plaintiff Rajendra Jamnadas as the personal representative of the Estate of Shantilal Jamnadas ("Jamnadas") respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against The Dow Chemical Company by Jamnadas. In support of this request, the parties hereto would show the following:

    1.    Jamnadas' operative Third-Party Complaint (Doc. 236), filed March 26, 2008) asserts third-party claims against The Dow Chemical Company (among other parties).

/ / /

1  2. Jamnadas desires to dismiss without prejudice its third-party claims against The Dow
2  Chemical Company pursuant to Federal Rule of Civil Procedure 41(a)(2) as made
3  applicable by Rule 41(c).  The Dow Chemical Company has no objection to such
4  voluntary dismissal.
5  3. The parties agree they will bear their own costs with respect to the aforementioned
6  third-party claims.
7  Accordingly, the parties hereto respectfully request that this Court enter an order dismissing
8  without prejudice the third-party claims asserted against The Dow Chemical Company by Jamnadas.

9  Dated:  December 10, 2009                SCHUERING ZIMMERMAN
                                            SCULLY TWEEDY & DOYLE, LLP
10

11
                                            By     /s/ KEITH D. CHIDLAW
12                                                 KEITH D. CHIDLAW
                                                   Attorney for Defendant/Third-Party Plaintiff
13                                                 RAJENDRA JAMNADAS, as personal
                                            representative of the ESTATE OF
14                                                 SHANTILAL JAMNADAS and Third Party
                                                   Defendant RAJENDRA JAMNADAS,
15                                                 individually

16 Dated:  December 10, 2009                FILICE BROWN EASSA & McLEOD LLP

17

18                                          By     /s/ RICHARD V. NORMINGTON
                                                   RICHARD V. NORMINGTON
19                                                 (as authorized on December 10, 2009)
                                                   Attorney for Third-Party Defendant
20                                                 THE DOW CHEMICAL COMPANY

21

22 IT IS SO ORDERED.

23 **Dated:    December 10, 2009**              **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
24

25

26

27

28