GENNARO A. FILICE III (SBN: 061112)
RICHARD V. NORMINGTON (SBN: 130228)
DANIEL J. NICHOLS (SBN: 238367)
**FILICE BROWN EASSA & McLEOD LLP**
1999 Harrison Street, 18th Floor
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Third-Party Defendant
THE DOW CHEMICAL COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS. | Case No. 1:07-CV-00491-LJO-GSA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT THE DOW CHEMICAL COMPANY**<br>**[Fed.R.Civ.Proc. 41(A)(2); L.R. 83-143]** |

Pursuant to Federal Rule of Civil Procedure 41 (a)(2) and (c) and Local Rule 83-143, Third-Party Defendant The Dow Chemical Company ("Dow") and Defendant/Third-Party Plaintiffs Stephen C. Lyon, Suzanne Lyon, Russell R. Tonda, and Diane M. Tonda as individuals ("Lyons/Tondas") respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against Dow by Lyons/Tondas. In support of this request, the parties

hereto show the following:

1. The Lyon/Tondas' operative third-party complaint (Doc. 215 filed March 11, 2008) asserts third-party claims against Dow (among other parties).

2. The Lyons/Tondas desire to dismiss with prejudice all of their third-party claims against Dow pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c). Dow has no objection to such voluntary dismissal.

3. The parties hereto agree that they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against Dow by the Lyons/Tondas.

Dated: December 9, 2009     **FILICE BROWN EASSA & MCLEOD LLP**

By: /s/ Richard V. Normington
GENNARO A. FILICE III
RICHARD V. NORMINGTON
DANIEL J. NICHOLS
Attorneys for Defendant
THE DOW CHEMICAL COMPANY

Dated: December 9, 2009     **ROGERS JOSEPH O'DONNELL**

By: /s/ Aaron P. Silberman
AARON P. SILBERMAN
Attorneys For Defendants, Cross-Complainants, Cross-Defendants And Third-Party Plaintiffs
STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA, DIANE M. TONDA

IT IS SO ORDERED.

Dated: December 16, 2009     By: /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE