Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone:  (916) 388-0833
Facsimile:   (916) 691-3261

John B. Thomas (*pro hac vice*)
jthomas@hicks-thomas.com
Brian M. Keller (*pro hac vice*)
bkeller@hicks-thomas.com
Hicks Thomas LLP
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone:  (713) 547-9100
Facsimile:   (713) 547-9150

Counsel for Third-Party Defendant
R.R. STREET & CO. INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cv-00491-LJO-GSA |
| Plaintiff, | |
| v. | **JOINT REQUEST FOR CONTINUANCE OF HEARING ON THIRD-PARTY DEFENDANT R.R. STREET & CO. INC.'S MOTION FOR SUMMARY JUDGMENT AS TO M.B.L. INC.** |
| STEPHEN C. LYON, et al., | |
| Defendants/Third-Party Plaintiffs, | **[L.R. 230(f)]** |
| v. | |
| THE DOW CHEMICAL COMPANY, et al., | |
| Third-Party Defendants. | Hearing Date: January 13, 2010 |
| | Time:         8:30 a.m. |
| AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | Courtroom:  4 |
| | Judge:        Hon. Lawrence J. O'Neill |

Pursuant to Local Rule 230(f), Third-Party Defendant R.R. Street & Co. Inc. ("Street") and Third-Party Defendant/Cross-Claimant M.B.L. Inc. ("MBL") respectfully request a continuance of the hearing on Street's pending motion for summary judgment against MBL.  In support of this request, Street and MBL would show the following:

{00133865.DOC}                                                   1

1. Street filed its motion for summary judgment on December 8, 2009 and properly set the motion for hearing on January 5, 2010 (Doc. 415).

2. On December 9, 2009, the Court sua sponte continued that hearing until January 13, 2010 (Doc. 420).

3. MBL has approached Street requesting an approximate 30-day continuance of the hearing, and Street is amenable to such request.

4. Continuing the scheduled hearing until Thursday, February 11, 2010, at 8:30 a.m., would accommodate MBL's request.

5. MBL has agreed to file its opposition to Street's motion on or before January 22, 2010.

6. Although MBL does not waive any right to request an additional continuance from the Court, Street respectfully informs MBL and the Court that Street will oppose any additional continuance.

Therefore, Street and MBL request that the hearing on Street's motion for summary judgment against MBL be continued until Thursday, February 11, 2010, at 8:30 a.m., and that any opposition to the motion be filed on or before January 22, 2010.

Dated: December 16, 2009.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
John B. Thomas
Brian M. Keller
Hicks Thomas LLP

Counsel for Third-Party Defendant
R.R. STREET & CO. INC.

HAMRICK & EVANS, LLP

By: /s/ Douglas K. Lackey
     (as authorized on this date)
A. RAYMOND HAMRICK, III
DOUGLAS K. LACKEY

Attorneys for THIRD PARTY
DEFENDANT M.B.L. INC.

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

1  IT IS SO ORDERED.

2

3  Date:        December 17, 2009              _/s/ Lawrence J. O'Neill
                                               Honorable Lawrence J. O'Neill
4                                              United States District Judge