KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
Telephone: (916) 567-0400
Facsimile: (916) 568-0400

Attorneys for Defendant RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS and Third Party Defendant RAJENDRA JAMNADAS, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-CV-00491-LJO-GSA |
| Plaintiff, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIM AGAINST THIRD-PARTY DEFENDANT M.B.L INC.** |
| vs. | |
| STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local rule 83-143, Third-Party Defendant M.B.L. Inc., and Defendant/Third-Party Plaintiff Rajendra Jamnadas as the personal representative of the Estate of Shantilal Jamnadas ("Jamnadas") respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against M.B.L. Inc. by Jamnadas. In support of this request, the parties hereto would show the following:

1. Jamnadas' operative Third-Party Complaint (Doc. 236), filed March 26, 2008) asserts third-party claims against M.B.L. Inc. (among other parties).

///

1  2. Jamnadas desires to dismiss without prejudice its third-party claims against M.B.L. Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c). M.B.L. Inc. has no objection to such voluntary dismissal.

3. The parties agree they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against M.B.L. Inc. by Jamnadas.

Dated: December 17, 2009   SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP


By /s/KEITH D. CHIDLAW
KEITH D. CHIDLAW
Attorney for Defendant/Third-Party Plaintiff RAJENDRA JAMNADAS, as personal representative of the ESTATE OF SHANTILAL JAMNADAS and Third Party Defendant RAJENDRA JAMNADAS, individually

Dated: December 17, 2009   HAMRICK & EVANS, LLP


By /s/ DOUGLAS K. LACKEY
DOUGLAS K. LACKEY
(as authorized on December 17, 2009)
Attorney for Third-Party Defendant
M.B.L. INC


IT IS SO ORDERED.


Date:   December 21, 2009          /s/ Lawrence J. O'Neill
Hon. Lawrence J. O'Neill
United States District Judge