1   KEITH D. CHIDLAW, Bar No. 133604
    SCHUERING ZIMMERMAN
2   SCULLY TWEEDY & DOYLE, LLP
    400 University Avenue
3   Sacramento, California  95825-6502
    Telephone:     (916) 567-0400
4   Facsimile:     (916) 568-0400

5   Attorneys for Defendant RAJENDRA JAMNADAS, personal representative of the
    ESTATE OF SHANTILAL JAMNADAS and Third Party Defendant RAJENDRA
6   JAMNADAS, individually

7                          UNITED STATES DISTRICT COURT

8             EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

9

10  UNITED STATES OF AMERICA,              )   No. 1:07-CV-00491-LJO-GSA
                                           )
11            Plaintiff,                   )   **JOINT STIPULATION FOR**
                                           )   **VOLUNTARY DISMISSAL**
12  vs.                                    )   **WITHOUT PREJUDICE OF**
                                           )   **THIRD-PARTY CLAIM**
13  STEPHEN C. LYON; SUZANNE S. LYON;      )   **AGAINST THIRD-PARTY**
    RUSSELL R. TONDA; DIANE M. TONDA;      )   **DEFENDANT ECHCO SALES**
14  RAJENDRA JAMNADAS, personal            )   **CO., INC.**
    representative of the ESTATE OF        )
15  SHANTILAL JAMNADAS, et al.,            )
                                           )
16            Defendants.                  )
                                           )
17  _____   )

18          Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local rule 83-143,

19  Third-Party Defendant Echco Sales Co., Inc., and Defendant/Third-Party Plaintiff Rajendra

20  Jamnadas as the personal representative of the Estate of Shantial Jamnadas ("Jamnadas")

21  respectfully request that this Court enter an order dismissing without prejudice the third-

22  party claims asserted against Echco Sales Co., Inc., by Jamnadas.  In support of this request,

23  the parties hereto would show the following:

24          1.      Jamnadas' operative Third-Party Complaint (Doc. 236), filed March 26,

25                  2008) asserts third-party claims against Echco Sales Co., Inc., (among other

26                  parties).

27  / / /

28

Joint Stipulation for Voluntary Dismissal Without Prejudice of Third-Party Claim Against Third-Party
Defendant Echco Sales Co., Inc.                                                            -1-

1      2.      Jamnadas desires to dismiss without prejudice its third-party claims against

2      Echco Sales Co., Inc., pursuant to Federal Rule of Civil Procedure 41(a)(2)

3      as made applicable by Rule 41(c).  Echco Sales Co., Inc., has no objection to

4      such voluntary dismissal.

5      3.      The parties agree they will bear their own costs with respect to the

6      aforementioned third-party claims.

7      Accordingly, the parties hereto respectfully request that this Court enter an order

8 dismissing without prejudice the third-party claims asserted against Echco Sales Co., Inc.,

9 by Jamnadas.

10 Dated:  December 17, 2009     SCHUERING ZIMMERMAN
                                        SCULLY TWEEDY & DOYLE, LLP

11

12

                                  By  /s/KEITH D. CHIDLAW

13                                    KEITH D. CHIDLAW
                                    Attorney for Defendant/Third-Party Plaintiff

14                                    RAJENDRA   JAMNADAS,   as   personal
                                    representative of the ESTATE OF

15                                    SHANTILAL JAMNADAS and Third Party
                                    Defendant RAJENDRA JAMNADAS,

16                                    individually

17 Dated:  December 17, 2009          ARCHER NORRIS

18

19                                  By  /s/ PROBAL G. YOUNG

20                                  PROBAL G. YOUNG
                                    (as authorized on December 17, 2009)

21                                  Attorney for Third-Party Defendant
                                    ECHCO SALES CO., INC.

22

23 IT IS SO ORDERED.

24

25 Date:   December 21, 2009          /s/ Lawrence J. O'Neill
                                    Hon. Lawrence J. O'Neill

26                                    United States District Judge

27

28