1  A. Raymond Hamrick, III (State Bar No. 93821)
2  Douglas K. Lackey (State Bar No. 105908)
   **HAMRICK & EVANS, LLP**
3  111 Universal Hollywood Drive, Suite 2200
4  Universal City, California 91608
   Telephone No.: (818) 763-5292
5  Fax No.: (818) 763-2308

6  Attorneys for Third Party Defendant,
7  M.B.L., INC.

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10 
11 **FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>    v.<br><br>STEVEN C. LYON, et al.<br><br>              Defendants.<br><br>AND RELATED CROSS-ACTIONS AND THIRD PARTY ACTIONS | Case No.: 1:07 CV 00491 LJO-GSA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT AND CROSS-CLAIMANT MBL, INC.**<br><br>[Fed. R. Civ. Proc. 41 (a)(2); L.R. 83-143) |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, Third-Party Defendant and Cross-Claimant MBL, Inc., and Defendants/Third-Party Plaintiffs Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda as individuals ("Lyons/Tondas"), respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against MBL, Inc. by Lyons/Tondas.  In support of this request, the parties hereto would show the following:

///

1       1.      The Lyons/Tondas' operative Third-Party Complaint (Doc. 279, filed March 29, 2008) asserts third-party claims against MBL, Inc. (among other parties).

2       2.      The Lyons/Tondas desire to dismiss with prejudice all of their third-party claims against MBL, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c).  MBL, Inc. has no objection to such voluntary dismissal.

3       3.      The parties hereto agree that they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against MBL, Inc. by Lyons/Tondas.

DATED:  December 16, 2009                HAMRICK & EVANS, LLP

                                         By: **/s/  A. Raymond Hamrick, III**
                                             A. RAYMOND HAMRICK, III
                                             DOUGLAS K. LACKEY
                                             Attorneys for Third-Party Defendant
                                             MBL, INC.

DATED:  December 16, 2009                 ROGER JOSEPH O'DONNELL

                                         By: **/s/  Aaron P. Silberman**
                                             ROBERT C. GOODMAN
                                             AARON P. SILBERMAN
                                             D. KEVIN SHIPP
                                             Attorneys for Defendants, Cross-Complainants, Cross-Defendants and Third-Party Plaintiffs STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA, DIANE M. TONDA

IT IS SO ORDERED.

DATED:  December 21, 2009                /s/ Lawrence J. O'Neill
                                         HON. LAWRENCE J. O'NEILL
                                         UNITED STATES DISTRICT JUDGE

-2-
**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT AND CROSS-CLAIMANT MBL, INC.**