Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261

John B. Thomas (*pro hac vice*)
jthomas@hicks-thomas.com
Brian M. Keller (*pro hac vice*)
bkeller@hicks-thomas.com
Hicks Thomas LLP
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

Counsel for Third-Party Defendant
R.R. STREET & CO. INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN C. LYON, et al.,<br><br>　　　　Defendants/Third-Party Plaintiffs,<br><br>　　v.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>　　　　Third-Party Defendants,<br><br>AND ALL RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | No. 1:07-cv-00491-LJO-GSA<br><br>**JOINT REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF M.B.L. INC.'S CROSS-CLAIM AGAINST THIRD-PARTY DEFENDANT R.R. STREET & CO. INC.**<br><br>**[Fed. R. Civ. P. 41(a)(2), (c); L.R. 143]** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(2), (c) and Local Rule 143, Third-Party Defendant R.R. Street & Co. Inc. ("Street") and Third-Party Defendant/Cross-Claimant M.B.L. Inc. ("MBL") respectfully request that the Court enter an order dismissing without prejudice MBL's cross-claim against Street. In support of this request, Street and MBL would show the following:

{00132718.DOC}　　　　　　　　　　　　　　　　1

Joint Request for Voluntary Dismissal Without Prejudice of M.B.L. Inc's Cross-Claim Against R.R. Street & Co. Inc.

1. MBL's operative cross-claim (Doc. 139, filed Jan. 28, 2008) asserts a cross-claim against Street (among other parties).

2. Street has filed a motion for summary judgment on this cross-claim (Doc. 415, filed Dec. 8, 2009), which motion is currently set for hearing on February 11, 2010, at 8:30 a.m.

3. MBL desires to dismiss without prejudice its cross-claim against Street pursuant to Federal Rule 41(a)(2), as made applicable by Rule 41(c). Street has no objection to such voluntary dismissal.

4. Street and MBL agree that they will bear their own costs with respect to the aforementioned cross-claim.

5. The dismissal of MBL's cross-claim against Street will terminate the last remaining claim for relief asserted against Street in this action.

Accordingly, the parties hereto respectfully request that this Court

(A) enter an order dismissing without prejudice MBL's cross-claim against Street, with the parties to bear their own costs with respect to such claim;

(B) terminate Street's pending motion for summary judgment against MBL and vacate the scheduled hearing thereon; and

(C) direct the Clerk of Court to terminate R.R. Street & Co. Inc. as a party to this action.

Dated: December 21, 2009.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
John B. Thomas
Brian M. Keller
Hicks Thomas LLP

Counsel for Third-Party Defendant
R.R. STREET & CO. INC.

HAMRICK & EVANS, LLP

By: /s/ Douglas K. Lackey
   (as authorized on this date)
A. RAYMOND HAMRICK, III
DOUGLAS K. LACKEY

Attorneys for THIRD PARTY
DEFENDANT M.B.L. INC.

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

{00132718.DOC}    2
Joint Request for Voluntary Dismissal Without Prejudice of M.B.L. Inc's Cross-Claim Against R.R. Street & Co. Inc.

IT IS SO ORDERED.

Date:   December 23, 2009             /s/ Lawrence J. O'Neill
                                      Hon. Lawrence J. O'Neill
                                      United States District Judge

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833