Eugene C. Blackard Jr. (Bar No. 142090)
gblackard@archernorris.com
Probal G. Young (Bar No. 188177)
pyoung@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
PO Box 8035
Walnut Creek, CA  94596-3728
Telephone:     925.930.6600
Facsimile:      925.930.6620

Attorneys for Third-Party Defendant
ECHCO SALES CO., INC. (erroneously sued herein
as ECHCO SALES AND EQUIPMENT CO., INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTALIL JAMNADAS,<br><br>Defendants. | Case No.  1:07-cv-00491-LJO GSA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIM AGAINST THIRD-PARTY DEFENDANT ECHCO SALES CO., INC.** |
| AND RELATED CROSS-COMPLAINTS AND THIRD-PARTY COMPLANTS | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 93-143, Third Party Defendant Echco Sales Co., Inc. and Defendants/Third party Plaintiffs Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda as individuals ("Lyons/Tondas"), respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Echco Sales Co., Inc. by Lyons/Tonda.  In support of this request, the

H2091/887626-1

JOINT STIPULATION FOR VOLUNTARY
DISMISSAL OF ECHCO SALES CO., INC.
1:07-CV-00491-LJO GSA

parties hereto would show the following:

1. Lyons/Tondas' operative Third-Party Complaint (Doc. 279, filed March 29, 2008) asserts third-party claims against Echco Sales Co., Inc. (among other parties).

2. The Lyons/Tondas desire to dismiss without prejudice its third-party claims against Echco Sales Co., Inc., pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c). Echco Sales Co., Inc. has no objection to such voluntary dismissal.

3. The parties agree they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Echco Sales Co., Inc., by Lyons/Tondas.

Dated: January 4, 2009                ROGERS JOSEPH O'DONNELL

By:  /s/ Aaron P.Silberman
Attorneys for Defendants, Cross-Complainants,Cross-Defendants and Third-Party Plaintiffs STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA, DIANE M. TONDA

Dated: January 4, 2009                ARCHER NORRIS

/s/ Probal G. Young
Probal G. Young
Attorneys for Third-Party Defendant ECHCO SALES CO., INC. (erroneously sued herein as ECHCO SALES AND EQUIPMENT CO., INC.)

IT IS SO ORDERED.

Date:   January 5, 2010               /s/ Lawrence J. O'Neill
Hon. Lawrence J. O'Neil
United States District Judge