ELISE FELDMAN
ANN C. HURLEY
MATTHEW THURLOW
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA  94105
Telephone:  (415) 744-6470
Facsimile:  (415) 744-6476
E-mail:  Elise.Feldman@usdoj.gov

Attorneys for the United States of America

ROBERT C. GOODMAN
AARON P. SILBERMAN
Rogers Joseph O'Donnell
311 California Street
San Francisco, CA  94104
Telephone:  (415) 956-2828
Facsimile:  (415) 956-6457
E-mail:  rgoodman@rjo.com

Attorneys for Stephen C. Lyon, Suzanne S. Lyon,
Russell R. Tonda and Diane M. Tonda

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 1:07-CV-00491-LJO-GSA |
| v. | ) |
| STEVEN C. LYON, et al. | ) **JOINT STIPULATION AND REQUEST TO CONTINUE HEARING DATE FOR UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Defendants. | ) |
| | ) [L.R. 230(g)] |
| AND RELATED CROSS-ACTIONS AND THIRD PARTY ACTIONS | ) Hearing Date:  March 25, 2010<br>) Time:  8:30 a.m.<br>) Courtroom:  4<br>) Judge:  Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff United States of America ("Plaintiff") and Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda ("Defendants") (collectively "the parties") as follows:

1   WHEREAS Plaintiff filed a Notice of Motion and Motion for Partial Summary Judgment
2   on November 3, 2009. (Doc. No. 384).
3   WHEREAS Plaintiff requested that its Motion for Partial Summary Judgment be heard
4   on Monday, December 14, 2009, at 8:30 a.m., or as soon thereafter as the matter may be heard.
5   WHEREAS the parties thereafter stipulated that the hearing date be continued to January
6   25, 2010, at 8:30 a.m. (Doc. 396) and the court so ordered (Doc. 398).
7   WHEREAS subsequent to the parties' request that the hearing date be continued to
8   January 25, 2010, the parties have been engaged in settlement discussions and the parties believe
9   they have made significant progress toward resolution of this matter.
10   WHEREAS the parties agree that in light of the progress that has been made toward
11   settlement it is appropriate to delay action on Plaintiff's Motion for Partial Summary Judgment to
12   conserve Court resources and prevent the parties from incurring potentially unnecessary litigation
13   expenses.
14   WHEREAS the parties agree that Defendants' opposition is to be filed by March 4, 2010,
15   and Plaintiff's reply is to be filed by March 18, 2010.
16   NOW THEREFORE, pursuant to Local Rule 230(g), the parties, by and through their
17   undersigned counsel, hereby stipulate and request that Plaintiff's Motion for Partial Summary
18   Judgment be heard on Thursday, March 25, 2010, at 8:30 a.m.

Respectfully submitted,

Dated: December 18, 2009

UNITED STATES OF AMERICA

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division

By:   */s/ Elise Feldman*
ELISE FELDMAN
ANN C. HURLEY
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA  94105

Stipulation to Continue Hearing Date for United States' Motion for Partial Summary Judgment

2

|   |   |
|---|---|
|  | Telephone: (415) 744-6470 |
|  | Facsimile: (415) 744-6476 |
|  | E-mail: Elise.Feldman@usdoj.gov |
| Dated: December 18, 2009 | STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA and DIANE M. TONDA |
|  | By:  */s/ Robert C. Goodman* |
|  | ROBERT C. GOODMAN |
|  | AARON P. SILBERMAN |
|  | Rogers Joseph O'Donnell |
|  | 311 California Street |
|  | San Francisco, CA  94104 |

IT IS SO ORDERED.

DATED: January 5, 2010        /s/ Lawrence J. O'Neill
                              Honorable Lawrence J. O'Neill
                              U.S. District Judge

---

Stipulation to Continue Hearing Date for United States' Motion for Partial Summary Judgment

3