KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
(916) 567-0400
FAX: 568-0400

Attorneys for Defendant RAJENDRA
JAMNADAS, personal representative of the
ESTATE OF SHANTILAL JAMNADAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-CV-00491-LJO-GSA |
| Plaintiff, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIM AGAINST THIRD-PARTY DEFENDANT BOWE PERMAC, INC.** |
| vs. | |
| STEPHEN C. LYON, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local rule 83-143, Third-Party Defendant Bowe Permac, Inc., and Defendant/Third-Party Plaintiff Rajendra Jamnadas as the personal representative of the Estate of Shantilal Jamnadas ("Jamnadas") respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Bowe Permac, Inc. by Jamnadas. In support of this request, the parties hereto would show the following:

1. Jamnadas' operative Third-Party Complaint (Doc. 236), filed March 26, 2008) asserts third-party claims against Bowe Permac, Inc. (among other parties).

2. Jamnadas desires to dismiss without prejudice its third-party claims against Bowe Permac, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c). Bowe Permac, Inc. has no objection to such voluntary

dismissal.

3. The parties agree they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Bowe Permac, Inc. by Jamnadas.

Dated: January 6, 2010           **SCHUERING ZIMMERMAN & DOYLE, LLP**


By   /s/ KEITH D. CHIDLAW
     KEITH D. CHIDLAW
     Attorney for Defendant/Third-Party Plaintiff
     RAJENDRA JAMNADAS, as personal
     representative of the ESTATE OF
     SHANTILAL JAMNADAS and Third Party
     Defendant RAJENDRA JAMNADAS,
     individually

Dated: January 6, 2010           **WEYAND LAW FIRM**


By   /s/ REBECCA M. HOBERG
     REBECCA M. HOBERG
     (as authorized on January 6, 2010)
     Attorney for Third-Party Defendant
     BOWE PERMAC, INC.


IT IS SO ORDERED.


Date:  January 7, 2010            /s/ Lawrence J. O'Neill
                                  Hon. Lawrence J. O'Neill
                                  United States District Judge