Patrick J. Cafferty (State Bar No.103417)
  Patrick.Cafferty@mto.com
Blanca F. Young (State Bar No. 217533)
  Blanca.Young@mto.com
Munger, Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907

Stephen C. Dillard (Admitted *Pro Hac Vice*)
  sdillard@fulbright.com
Jeffrey S. Wolff (Admitted *Pro Hac Vice*)
  jwolff@fulbright.com
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX  77010
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Attorneys for Third-Party Defendant, Cross-Defendant, and Cross-Claimant LEGACY VULCAN CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTALIL JAMNADAS,<br><br>Defendants.<br><br>AND RELATED CROSS-COMPLAINTS AND THIRD-PARTY COMPLAINTS. | Case No.  1:07-CV-00491-LJO-GSA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MBL'S CROSS-CLAIM AGAINST THIRD-PARTY DEFENDANT AND CROSS-CLAIMANT LEGACY VULCAN CORP.**<br>**[Fed. R. Civ. Proc. 41(a)(2); L.R. 83-143]** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION FOR VOLUNTARY DISMISSAL OF LEGACY VULCAN CORP. - CASE NO. 07-CV-00491-LJO-GSA
9576005.1

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, Third-Party Defendant and Cross-Claimant Legacy Vulcan Corp. ("Vulcan") (erroneously sued as "Vulcan Materials Company") and Third Party Defendant/Cross Claimant M.B.L. Inc. ("MBL") respectfully request that this Court enter an order dismissing without prejudice MBL's cross-claim against Vulcan.  In support of this request, Vulcan and MBL would show the following:

1. MBL's operative cross-claim (Doc. 139, filed Jan. 28, 2008) asserts a cross-claim against Vulcan (among other parties).
2. MBL desires to dismiss without prejudice its cross-claim against Vulcan pursuant to Federal Rule 41(a)(2), as made applicable by Rule 41(c).  Vulcan has no objection to such voluntary dismissal.
3. Vulcan and MBL agree that they will bear their own costs with respect to the aforementioned cross-claim.
4. The dismissal of MBL's cross-claim against Vulcan will terminate the last remaining claim for relief asserted against Vulcan in this action.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice MBL's cross-claim against Vulcan, with the parties to bear their own costs with respect to such claim.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION FOR VOLUNTARY DISMISSAL OF LEGACY VULCAN CORP. - CASE NO. 07-CV-00491-LJO-GSA
9576005.1

- 1 -

| | |
|---|---|
| DATED:  January 12, 2010 | MUNGER, TOLLES & OLSON LLP |
| | |
| | By:   /s/ Patrick J. Cafferty, Jr.<br>Patrick J. Cafferty, Jr.<br>Blanca F. Young |
| | |
| | Attorneys for Third Party Defendant, Cross-Defendant, and Cross-Claimant LEGACY VULCAN CORP. |
| | |
| DATED:  January 12, 2010 | HAMRICK & EVANS, LLP |
| | |
| | By:   /s/ Douglas K. Lackey<br>A. Raymond Hamrick, III<br>Douglas K. Lackey |
| | |
| | Attorneys for Third Party Defendant and Cross-Claimant M.B.L., INC. |

IT IS SO ORDERED.

Date:  January 13, 2010          /s/ Lawrence J. O'Neill
                                 Hon. Lawrence J. O'Neill
                                 United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION FOR VOLUNTARY DISMISSAL OF LEGACY VULCAN CORP. - CASE NO. 07-CV-00491-LJO-GSA
9576005.1

- 2 -