Steven R. Tekosky (State Bar No. 102918)
Juliet A. Markowitz (State Bar No. 164038)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Ave, Suite 4270
Los Angeles, CA  90071
Telephone:     (213) 225-7171
Facsimile:      (213) 225-7151

Attorneys for Third Party Defendant
UNIVAR USA INC.
(fka Van Waters & Rogers Inc.)

UNITES STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                       Plaintiff,<br><br>         vs.<br><br>STEPHEN C. LYON, et al.,<br><br>                       Defendants<br><br>AND RELATED CROSS-ACTIONS AND THIRD PARTY ACTIONS | Case No. 1:07-cv-00491<br>Unlimited Jurisdiction<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF LYONS' AND TONDAS' THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT UNIVAR USA INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, Third-Party Defendant Univar USA Inc. ("Univar USA") and Defendant/Third-Party Plaintiffs Stephen C. Lyon, Suzanne Lyon, Russell R. Tonda, and Diane M. Tonda as individuals ("Lyons/Tondas") respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against Univar USA by Lyons/Tondas.  In support of this request, the parties hereto would show the following:

1.     The Lyons/Tondas' operative third-party complaint (Doc. 215 filed March 11, 2008) asserts third-party claims against Univar USA (among other parties).

2. The Lyons/Tondas desire to dismiss with prejudice all of their third-party claims against Univar USA pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c). Univar USA has no objection to such voluntary dismissal.

3. The parties hereto agree that they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against Univar USA by the Lyons/Tondas.

DATED: January 21, 2010          TATRO TEKOSKY SADWICK LLP

                                 By: _____/s/ *Juliet A. Markowitz*_____
                                     Steven R. Tekosky
                                     Juliet A. Markowitz
                                     Attorneys for Third Party Defendant
                                     Univar USA Inc.

DATED: January 21, 2010          ROGERS JOSEPH O'DONNELL
                                 AARON P. SILVERMAN

                                 By: __/s/ *Robert C. Goodman*_____
                                     Robert C. Goodman
                                     Attorneys for Defendants, Cross-
                                     Complainants, Cross-Defendants and
                                     Third-Party Plaintiffs
                                     STEPHEN C. LYON, SUZANNE S.
                                     LYON, RUSSELL R. TONDA, DIANE
                                     M. TONDA

IT IS SO ORDERED.

Dated: __January 22, 2010_____          __/s/ Lawrence J. O'Neill_____
                                         UNITED STATES DISTRICT JUDGE