KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant RAJENDRA JAMNADAS,
personal representative of the ESTATE OF
SHANTILAL JAMNADAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:07-CV-00491-LJO-GSA |
| Plaintiff, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIM AGAINST THIRD-PARTY DEFENDANT UNIVAR USA INC.** |
| vs. | |
| STEPHEN C. LYON, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local rule 83-143, Third-Party Defendant Univar USA Inc., and Defendant/Third-Party Plaintiff Rajendra Jamnadas as the personal representative of the Estate of Shantilal Jamnadas ("Jamnadas") respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against Univar USA Inc. by Jamnadas.  In support of this request, the parties hereto would show the following:

1. Jamnadas' operative Third-Party Complaint (Doc. 236), filed March 26, 2008) asserts third-party claims against Univar USA Inc. (among other parties).

2. Jamnadas desires to dismiss without prejudice its third-party claims against Univar USA Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c).  Univar USA Inc. has no objection to such voluntary dismissal.

3. The parties agree they will bear their own costs with respect to the aforementioned

1 third-party claims.

2 Accordingly, the parties hereto respectfully request that this Court enter an order dismissing

3 without prejudice the third-party claims asserted against Univar USA Inc. by Jamnadas.

4 Dated: January 26, 2010  **S**CHUERING **Z**IMMERMAN **& D**OYLE, LLP

By    /s/ KEITH D. CHIDLAW
KEITH D. CHIDLAW
Attorney for Defendant/Third-Party Plaintiff
RAJENDRA JAMNADAS, as personal
representative of the ESTATE OF
SHANTILAL JAMNADAS and Third Party
Defendant RAJENDRA JAMNADAS,
individually

11 Dated: January 26, 2010  **TATRO TEKOSKY SADWICK LLP**

By    /s/ JULIET A. MARKOWITZ
STEVEN R. TEKOSKY
JULIET A. MARKOWITZ
(as authorized on January 26, 2010)
Attorney for Third-Party Defendant
UNIVAR USA INC.

17 IT IS SO ORDERED.

18 **Dated:   January 26, 2010**           /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE