Patrick J. Cafferty (State Bar No.103417)
  Patrick.Cafferty@mto.com
Blanca F. Young (State Bar No. 217533)
  Blanca.Young@mto.com
Munger, Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907

Stephen C. Dillard (Admitted *Pro Hac Vice*)
  sdillard@fulbright.com
Jeffrey S. Wolff (Admitted *Pro Hac Vice*)
  jwolff@fulbright.com
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX  77010
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Attorneys for Third-Party Defendant, Cross-Defendant, and Cross-Claimant LEGACY VULCAN CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTALIL JAMNADAS,<br><br>             Defendants.<br><br>AND RELATED CROSS-COMPLAINTS AND THIRD-PARTY COMPLAINTS. | Case No.  1:07-CV-00491-LJO-GSA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF LEGACY VULCAN CORP.'S CROSS-CLAIM AGAINST THIRD-PARTY DEFENDANT AND CROSS-CLAIMANT CITY OF MODESTO**<br>**[Fed. R. Civ. Proc. 41(a)(2); L.R. 83-143]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, Third-Party Defendant and Cross-Claimant Legacy Vulcan Corp. ("Vulcan") (erroneously sued as "Vulcan Materials Company") and Third Party Defendant/Cross Claimant City of Modesto ("Modesto") respectfully request that this Court enter an order dismissing without prejudice Vulcan's cross-claim against Modesto. In support of this request, Vulcan and Modesto would show the following:

1. Vulcan's operative cross-claim (Doc. 313) asserts a cross-claim against Modesto.
2. Vulcan desires to dismiss without prejudice its cross-claim against Modesto pursuant to Federal Rule 41(a)(2), as made applicable by Rule 41(c). Modesto has no objection to such voluntary dismissal.
3. Vulcan and Modesto agree that they will bear their own costs with respect to the aforementioned cross-claim.
4. The dismissal of Vulcan's cross-claim against Modesto will terminate the last remaining claim for relief involving Vulcan in this action.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice Vulcan's cross-claim against Modesto, with the parties to bear their own costs with respect to such claim.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  February 8, 2010 | MUNGER, TOLLES & OLSON LLP |

|       |                                                                 |
|-------|-----------------------------------------------------------------|
|       | By:   /s/ Patrick J. Cafferty, Jr.                              |
|       |      Patrick J. Cafferty, Jr.          |
|       |      Blanca F. Young                   |
|       |      Attorneys for Third Party Defendant, Cross-Defendant, and Cross-Claimant LEGACY VULCAN CORP. |

DATED:  February 8, 2010           CITY OF MODESTO

By:   /s/ Charles Bolcom
     Moris Davidovitz
     Charles Bolcom
     Stanley M. Wessels

     Attorneys for Third Party Defendant and Cross-Claimant CITY OF MODESTO

IT IS SO ORDERED.

Date:  ___February 9, 2010           /s/ Lawrence J. O'Neill
     Hon. Lawrence J. O'Neill
     United States District Judge