Edward R. Hugo [Bar No. 124839]
Roland E. Thé [Bar No. 164510]
Josette D. Johnson [Bar No. 195977]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
GOSS JEWETT COMPANY OF NORTHERN CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br>vs.<br>STEPHEN C. LYON, et al.<br><br>　　　　　Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | (ASBESTOS)<br>Case No. 1:07-CV-00491-LJO-GSA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF STEPHEN LYON, SUZANNE S. LYON, RUSSELL R. TONDA AND DIANE M. TONDA'S CROSS-CLAIM AGAINST THIRD-PARTY DEFENDANT AND CROSS-CLAIMANT GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC.**<br>**[Fed.R.Civ.Proc.41(a)(2); L.R. 83-143]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, Third-Party Defendants and Cross-Claimants Stephen C. Lyon, Suzanne S. Lyon ("Lyons"), Russell R. Tonda and Diane M. Tonda ("Tondas") respectfully request that this Court enter an order dismissing without prejudice Lyons' and Tondas' cross-claim against Goss-Jewett Company of Northern California, Inc. ("Goss-Jewett"). In support of this request, the Lyons, Tondas and Goss-Jewett would show the following:

　　　　1. Lyons/Tondas operative cross-claim asserts a cross-claim against Goss-Jewett.

2. Lyons/Tondas desires to dismiss without prejudice its cross-claim against Goss-Jewett pursuant to Federal Rule 41 (a)(2), as made applicable by Rule 41(c). Goss-Jewett has no objection to such voluntary dismissal.

3. Lyons/Tondas and Goss-Jewett agree that they will bear their own costs with respect to the aforementioned cross-claim.

4. The dismissal of Lyons/Tondas' cross-claim against Goss-Jewett will leave only one remaining claim for relief involving Goss-Jewett in this action.

Accordingly, the parties hereto respectfully request that this Court enter an order Dismissing without prejudice Lyons/Tondas' cross-claim against Goss-Jewett, with the parties to bear their own costs with respect to such claim.

DATED: February ___, 2010              BRYDON HUGO & PARKER

                                        By: _____/s/_____
                                            Roland E. Thé
                                            Josette D. Johnson

                                        Attorneys for Third Party Defendant,
                                        Cross-Defendant and Cross-Claimant
                                        GOSS-JEWETT COMPANY OF
                                        NORTHERN CALIFORNIA, INC.

DATED: March ___, 2010                 ROGERS JOSEPH O'DONNELL

                                        By: _____/s/_____
                                            Aaron Silberman
                                            Zachary M. Radford

                                        Attorneys for Third Party Defendants,
                                        Cross-Defendants and Cross-Claimants
                                        STEPHEN C. LYON; SUZANNE S.
                                        LYON; RUSSELL R. TONDA; DIANE M.
                                        TONDA

IT IS SO ORDERED.

Date: _March 3, 2010                    _/s/ Lawrence J. O'Neill_____
                                        Hon. Lawrence J. O'Neill
                                        United States District Judge