ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
*rgoodman@rjo.com*
AARON P. SILBERMAN (State Bar No. 161021)
*asilberman@rjo.com*
D. KEVIN SHIPP (State Bar No. 245947)
*kshipp@rjo.com*
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendants STEPHEN C. LYON,
SUZANNE S. LYON, RUSSELL R. TONDA and
DIANE M. TONDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS. | Case No. 07-CV-00491 LJO GSA<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE HEARING DATE FOR UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[L.R. 78-230(f)]<br><br>Hearing Date: June 24, 2010<br>Time:         8:30 a.m.<br>Courtroom:  4<br>Judge:        Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff United States of America ("Plaintiff") and Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda (the "Lyons and Tondas") (collectively "the parties") as follows:

WHEREAS, Plaintiff filed a Notice of Motion and Motion for Partial Summary Judgment against the Lyons and Tondas on November 3, 2009, setting a hearing date of December 14, 2009.  (Doc. 384).

WHEREAS, the United States and the Lyons and Tondas thereafter stipulated that the hearing date be continued to January 24, 2010, at 8:30 a.m. (Doc. 396) and the court

so ordered (Doc. 398).

WHEREAS, the United States and the Lyons and Tondas thereafter stipulated that the hearing date be further continued to March 25, 2010, at 8:30 a.m. (Doc. 430) and the court so ordered (Doc. 439).

WHEREAS, the Plaintiff and the Lyons and Tondas have participated in mediation and have reached an agreement in principle pending approval of United States Environmental Protection Agency ("EPA") and United States Department of Justice management.

WHEREAS, the Plaintiff and the Lyons and Tondas believe that they will need additional time to document the settlement in the form of a mutually agreeable consent decree.

WHEREAS, the Parties agree that in light of the significant progress that has been made toward settlement it is appropriate to delay action on Plaintiff's Motion for Partial Summary Judgment to conserve Court resources and prevent the Parties from incurring potentially unnecessary litigation expenses.

WHEREAS, the United States and the Lyons and Tondas have agreed to request that the hearing date be continued to June 24, 2010, at 8:30 a.m.

WHEREAS, the Lyons' and Tondas' Opposition brief would be due on Thursday, June 3, 2010 and Plaintiff's Reply brief would be due on Thursday, June 17, 2010.

NOW THEREFORE, pursuant to Local Rule 78-230(f), the parties, by and through their undersigned counsel, hereby stipulate and request that, the Plaintiff's Motion for Partial Summary Judgment be heard on June 24, 2010, at 8:30 a.m.

Dated: February 24, 2010                ROGERS JOSEPH O'DONNELL

By:    */s/ Robert C. Goodman*
    Robert C. Goodman
    Attorneys for Defendants
    STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA and DIANE M. TONDA

Dated: February 24, 2010                    UNITED STATES DEPARTMENT OF JUSTICE


By:  */s/ Elise Feldman*
      Elise Feldman
      Attorneys for Plaintiff
      UNITED STATES OF AMERICA

**IT IS SO ORDERED.**

      The Motion Hearing currently set for March 25, 2010 has been CONTINUED to June 24, 2010 at 8:30 a.m.  The Lyons' and Tondas' Opposition brief is due on or before Thursday, June 3, 2010 and Plaintiff's Reply brief is due on or before Thursday, June 17, 2010.


Dated: _March 3, 2010__                    /s/ Lawrence J. O'Neill

                                            HONORABLE LAWRENCE J. O'NEILL
                                              UNITED STATES DISTRICT JUDGE