ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
*rgoodman@rjo.com*
AARON P. SILBERMAN (State Bar No. 161021)
*asilberman@rjo.com*
D. KEVIN SHIPP (State Bar No. 245947)
*kshipp@rjo.com*
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendants STEPHEN C. LYON,
SUZANNE S. LYON, RUSSELL R. TONDA and
DIANE M. TONDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS. | Case No. 07-CV-00491 LJO GSA<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL SCHEDULE**<br><br>Courtroom:   4<br>Judge:         Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff United States of America ("Plaintiff"), Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda (the "Lyons and Tondas"), Defendant Rajendra Jamnadas the personal representative of the Estate of Shantilal Jamnadas ("Jamnadas"), Third Party Defendant City Modesto ("City"), and Third Party Defendant Technichem, Inc. ("Technichem") (collectively "the Parties") as follows:

WHEREAS, the Plaintiff, the Lyons and Tondas, and Jamnadas have participated in mediation and have reached an agreement in principle pending approval of United States Environmental Protection Agency ("EPA") and United States Department

of Justice management.

WHEREAS, the United States is in the process of preparing draft consent decree language setting forth the proposed settlement terms.

WHEREAS, the United States and counsel for the Defendants will need time to review, negotiate and finalize the language of each consent decree, including obtaining final approval and sign-off by the defendants and by authorized EPA and Department of Justice managers.

WHEREAS, once the consent decree is executed by the parties, it will be lodged with the Court pending a 30 day public comment period.

WHEREAS, the Parties agree that in light of the significant progress that has been made toward settlement it is appropriate to continue all applicable deadlines to conserve Court resources and prevent the Parties from incurring potentially unnecessary litigation expenses.

WHEREAS, Scheduling Conference Order (Doc. 327 and 329) set the following schedule for the first phase (liability) of the bifurcated proceedings:

| | |
|---|---|
| Expert Disclosure: | June 30, 2010 |
| Supplemental Expert Disclosure: | July 29, 2010 |
| Nonexpert Discovery Cutoff: | June 1, 2010 |
| Expert Discovery Cutoff: | September 15, 2010 |
| Pretrial Motion Filing Deadline: | October 25, 2010 |
| Pretrial Motion Hearing Deadline: | December 1, 2010 |
| Pretrial Conf.: | Date: December 15, 2010 |
| Court Trial: (4-6 weeks est.) | Date: February 1, 2011 |

WHEREAS, the Parties have agreed to request the dates established in the Scheduling Order be extended for four (4) months.

NOW THEREFORE, the Parties stipulate that the dates established in the Scheduling Conference Order for the first phase (liability) of the bifurcated proceedings be continued as follows:

| | | |
|---|---|---|
| 1 | Expert Disclosure: | October 27, 2010 |
| 2 | Supplemental Expert Disclosure: | December 2, 2010 |
| 3 | Nonexpert Discovery Cutoff: | September 28, 2010 |
| 4 | Expert Discovery Cutoff: | January 19, 2011 |
| 5 | Pretrial Motion Filing Deadline: | February 28, 2011 |
| 6 | Pretrial Motion Hearing Deadline: | April 6, 2011 |
| 7 | Pretrial Conf.: | Date: April 20, 2011 |
| 8 | Court Trial: (4-6 weeks est.) | Date: June 7, 2011 |

Dated: March 11, 2010                ROGERS JOSEPH O'DONNELL

By: _/s/ Robert C. Goodman_
Robert C. Goodman
Attorneys for Defendants
STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA and DIANE M. TONDA

Dated: March 10, 2010                UNITED STATES DEPARTMENT OF JUSTICE

By: _/s/ Elise Feldman_
Elise Feldman
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: March 8, 2010                DAVIDOVITZ & BENNETT LLP

By: _/s/ Charles Bolcom_
Charles Bolcom
Attorneys for Third Party Defendant
CITY OF MODESTO

Dated: March 9, 2010                SCHUERING ZIMMERMAN & DOYLE, LLP

By: _/s/ Keith D. Chidlaw_
Keith D. Chidlaw

Joint Stipulation and Request to Continue Trial Schedule                Page 3
Case No. 07-CV-00491 LJO GSA

288068.2

|   |   |
|---|---|
| | Attorneys for Defendant RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS |
| Dated: March 5, 2010 | MARK J. NG |
| | By: */s/ Mark J. Ng*<br>Mark J. Ng<br>In Pro Per for Third Party Defendant TECHNICHEM, INC. |

**IT IS SO ORDERED.**

The dates established in the Scheduling Conference Order for the first phase (liability) of the bifurcated proceedings are CONTINUED for four (4) months as indicated below:

| | |
|---|---|
| Expert Disclosure: | October 27, 2010 |
| Supplemental Expert Disclosure: | December 2, 2010 |
| Nonexpert Discovery Cutoff: | September 28, 2010 |
| Expert Discovery Cutoff: | January 19, 2011 |
| Pretrial Motion Filing Deadline: | February 28, 2011 |
| Pretrial Motion Hearing Deadline: | April 6, 2011 |
| Pretrial Conf.: | Date: April 20, 2011 at 8:30a.m. |
| Court Trial (4-6 weeks est.) | Date: June 7, 2011 at 8:30a.m. |

Dated: _March 12, 2010____          /s/ Lawrence J. O'Neill
                                   HONORABLE LAWRENCE J. O'NEILL
                                   UNITED STATES DISTRICT JUDGE