MARK J. NG
mjng@technichem.com
CHAIRMAN
TECHNICHEM, INC.
2349 LINCOLN AVENUE
HAYWARD, CA 94545
Telephone: 510.785.5455
Facsimile: 510.785-5406

IN PROPRIA PERSONA FOR THIRD-PARTY DEFENDANT TECHNICHEM, INC.



FILED
MAR 17 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEPHEN C. LYON; SUZANNE S. LYON; ) <br> ) <br> RUSSELL R. TONDA; DIANE M. TONDA; ) <br> ) <br> RAJENDRA JAMINADAS, personal ) <br> ) <br> representative of the ESTATE OF ) <br> ) <br> SHANTALIL JAMNADAS,. ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) <br> ) <br> AND RELATED CROSS-ACTIONS AND ) <br> THIRD PARTY ACTIONS ) <br> ) | Case No.: 1:07-cv-00491 <br><br> **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF LYONS' AND TONDAS' THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT TECHNICHEM, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 83-143, Third-Party Defendant Technichem, Inc. ("Technichem") and Defendant/Third-

1

JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF LYONS' AND TONDAS' THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT TECHNICHEM, INC.

Party Plaintiffs Stephen C. Lyon, Suzanne Lyon, Russell R. Tonda, and Diane M. Tonda as individuals ("Lyons/Tondas") respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against Technichem by Lyons/Tondas. In support of this request, the parties hereto would show the following:

1. The Lyons/Tondas' operative third-party complaint (Document 215 filed March 11, 2008) asserts third-party claims against Technichem (in addition to other parties).

2. The Lyons/Tondas' desire to dismiss with prejudice all of their third-party claims against Technichem pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c). Technichem has no objection to such voluntary dismissal.

3. The parties hereto agree that they will bear their own costs with respect to the aforementioned third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing with prejudice the third-party claims asserted against Technichem by the Lyons/Tondas.

Dated: January 29, 2010    TECHNICHEM, INC.

*Mark Ng*

Mark J. Ng

Chairman

In Propria Persona for Third-party Defendant TECHNICHEM, INC.

2

JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF LYONS' AND TONDAS' THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT TECHNICHEM, INC.

Dated: January 29, 2010  ROGERS JOSEPH O'DONNELL

_(signature)_

AARON P. SILBERMAN

ATTORNEYS FOR DEFENDANTS, CROSS-COMPLAINANTS, CROSS-DEFENDANTS AND THIRD-PARTY PLAINTIFFS STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA, DIANE M. TONDA

IT IS SO ORDERED.

DATED: March 17, 2010         _(signature)_

UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF LYONS' AND TONDAS' THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT TECHNICHEM, INC.