1   ELISE FELDMAN
    ANN C. HURLEY
2   MATTHEW THURLOW
    Environmental Enforcement Section
3   Environment and Natural Resources Division
    United States Department of Justice
4   301 Howard Street, Suite 1050
    San Francisco, CA  94105
5       ATTORNEYS FOR THE UNITED STATES OF AMERICA

6   ROBERT C. GOODMAN
    AARON P. SILBERMAN
7   Rogers Joseph O'Donnell
    311 California Street
8   San Francisco, CA  94104
        ATTORNEYS FOR STEPHEN C. LYON,
9       SUZANNE S. LYON, RUSSELL R.
        TONDA, AND DIANE M. TONDA
10
    KEITH D. CHIDLAW
11  Schuering Zimmerman & Doyle LLP
    400 University Avenue
12  Sacramento, CA  95825
        ATTORNEY FOR RAJENDRA
13      JAMNADAS PERSONAL
        REPRESENTATIVE OF THE ESTATE OF
14      SHANTILAL JAMNADAS

15  CHARLES BOLCOM
    Davidovitz & Bennett LLP
16  One Embarcadero Center, Suite 750
    San Francisco, CA  94111
17      ATTORNEY FOR CITY OF MODESTO

18              IN THE UNITED STATES DISTRICT COURT
19           FOR THE EASTERN DISTRICT OF CALIFORNIA
                      FRESNO DIVISION
20

21  UNITED STATES OF AMERICA,          Case No. 1:07-CV-00491-LJO-SKO

22                  Plaintiff,          **JOINT STIPULATION AND REQUEST**
                                        **TO CONTINUE HEARING DATE FOR**
23          vs.                         **UNITED STATES' MOTION FOR**
                                        **PARTIAL SUMMARY JUDGMENT AND**
24  STEVEN C. LYON, et al,              **REQUEST TO CONTINUE TRIAL**
                                        **SCHEDULE**
25                  Defendants.
                                        Hearing Date:   June 24, 2010
26                                      Time:           8:30 a.m.
                                        Dept.:          4
27  AND RELATED CROSS-ACTION AND        Judge:          Hon. Lawrence J. O'Neill
    THIRD PARTY ACTIONS
28

                                                                     Page 1

Joint Stipulation and Request to Continue Hearing Date for United States' Motion and to Continue Trial Schedule
Case No: 1:07-CV-00491-LJO-SKO

                                                                     290336.1

IT IS HEREBY STIPULATED by and between counsel for Plaintiff United States of America ("Plaintiff"), Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda ("the Lyons and Tondas"), Defendant Rajendra Jamnadas the personal representative of the Estate of Shantalil Jamnadas ("Jamnadas"), and Third Party Defendant City of Modesto ("City") (collectively "the Parties") as follows:

WHEREAS the United States, the Lyons and Tondas, and Jamnadas have participated in mediation and have reached an agreement in principle pending the approval of United States Environmental Protection Agency ("EPA") and United States Department of Justice management.

WHEREAS the United States and counsel for the Defendants will need time to review, negotiate, and finalize the language of each consent decree, including obtaining final approval and sign-off by the Defendants and by authorized EPA and Department of Justice managers.

WHEREAS once the consent decrees are executed by the Parties, they will be lodged with the Court pending a 30-day public comment period.

WHEREAS the United States filed a Notice of Motion and Motion for Partial Summary Judgment against the Lyons and Tondas on November 3, 2009, setting the hearing date for December 14, 2009 (Doc. No. 384).

WHEREAS the United States and the Lyons and Tondas thereafter stipulated to continue the December 14, 2009 hearing date on three (3) occasions (Docs. 396, 430, 453), and the Court so ordered (Docs 398, 439, 453), for a total period of five (5) months and ten days.

WHEREAS the hearing date for the Motion for Partial Summary Judgment is currently scheduled for June 24, 2010, at 8:30 a.m. (Docs. 450, 453).

WHEREAS the parties stipulated to continue all dates for the first phase (liability) set in the Scheduling Conference Order (Doc. 454) by four (4) months and the Court so ordered (Doc. 455).

WHEREAS the current schedule for the first phase (liability) is currently set as follows:

Nonexpert Discovery Cutoff:               September 28, 2010

Expert Disclosure:                              October 27, 2010

Page 2

**Deleted:** .

| | |
|---|---|
| Supplemental Expert Disclosure: | December 2, 2010 |
| Expert Discovery Cutoff: | January 19, 2011 |
| Pretrial Motion Filing Deadline: | February 28, 2011 |
| Pretrial Motion Hearing Deadline: | April 6, 2011 |
| Pretrial Conf.: | Date:  April 20, 2011 |
| Court Trial: (4-6 weeks est.) | Date:  June 7, 2011 |

WHEREAS the Parties agree that in light of the significant progress that has been made toward settlement, it is appropriate to continue all applicable deadlines including the hearing on the United States' Motion for Partial Summary Judgment currently scheduled for June 24, 2010, to conserve Court resources and prevent the Parties from incurring potentially unnecessary litigation.

WHEREAS the Parties have agreed to request that the trial schedule and briefing schedule for the Motion for Partial Summary Judgment be extended for three (3) months.

NOW THEREFORE the Parties stipulate that the dates established for the first phase (liability) of the bifurcated proceedings be continued as follows:

| | |
|---|---|
| Lyons and Tondas' Opposition Brief Due: | September 2, 2010 |
| United States' Reply Brief Due: | September 16, 2010 |
| Motion for Partial Summary Judgment Hearing Date: | September 23, 2010, 8:30 a.m. |
| Nonexpert Discovery Cutoff: | December 28, 2010 |
| Expert Disclosure: | January 24, 2011 |
| Supplemental Expert Disclosure: | March 3, 2011 |
| Expert Discovery Cutoff: | April 20, 2011 |
| Pretrial Motion Filing Deadline: | May 31, 2011 |
| Pretrial Motion Hearing Deadline: | July 6, 2011 |
| Pretrial Conference Date: | July 20, 2011 |
| Court Trial Date (4-6 weeks): | September 7, 2011 |

Joint Stipulation and Request to Continue Hearing Date for United States' Motion and to Continue Trial Schedule
Case No: 1:07-CV-00491-LJO-SKO

290336.1

Respectfully submitted,

Dated: _____          UNITED STATES OF AMERICA

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division

By: _____
ELISE FELDMAN
ANN C. HURLEY
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6470
Facsimile: (415) 744-6476
E-mail: Elise.Feldman@usdoj.gov

Dated: _____          STEPHEN C. LYON, SUZANNE S.
LYON, RUSSELL R. TONDA and
DIANE M. TONDA

By: _____
ROBERT C. GOODMAN
AARON P. SILBERMAN
Rogers Joseph O'Donnell
311 California Street
San Francisco, CA 94104
Telephone: (415) 956-2828
Facsimile: (415) 956-6457
E-mail: rgoodman@rjo.com

Joint Stipulation and Request to Continue Hearing Date for United States' Motion and to Continue Trial Schedule
Case No: 1:07-CV-00491-LJO-SKO

290336.1

Dated: _____          RAJENDRA JAMNADAS the personal
                                       representative of the ESTATE OF SHANTILAL
                                       JAMNADAS


                                       By: _____
                                       KEITH D. CHIDLAW
                                       Schuering Zimmerman & Doyle LLP
                                       400 University Avenue
                                       Sacramento, CA 95825
                                       Telephone: (916) 567-0400
                                       Facsimile: (916) 568-0400
                                       E-mail: kdc@szs.com

Dated: _____          CITY OF MODESTO


                                       By: _____
                                       CHARLES BOLCOM
                                       Davidovitz & Bennett LLP
                                       One Embarcadero Center, Suite 750
                                       San Francisco, CA 94111
                                       Telephone: (415) 956-4800
                                       Facsimile: (415) 788-5498
                                       E-mail: cbolcom@dblawsf.com


**IT IS SO ORDERED.**

The date for the for the hearing on the United States' Motion for Partial Summary

Judgment is CONTINUED to September 23, 2010 at 8:30 a.m. and the dates for the first phase

(liability) of the bifurcated proceedings are CONTINUED for three (3) months as indicated

below:

| | |
|---|---|
| Lyons and Tondas' Opposition Brief Due: | September 2, 2010 |
| United States' Reply Brief Due: | September 16, 2010 |
| Motion for Partial Summary Judgment Hearing Date: | September 23, 2010, 8:30 a.m. |
| Nonexpert Discovery Cutoff: | December 28, 2010 |
| Expert Disclosure: | January 24, 2011 |

Joint Stipulation and Request to Continue Hearing Date for United States' Motion and to Continue Trial Schedule
Case No: 1:07-CV-00491-LJO-SKO

290336.1

1

Supplemental Expert Disclosure:                    March 3, 2011

2

Expert Discovery Cutoff:                           April 20, 2011

3

Pretrial Motion Filing Deadline:                   May 31, 2011

4

Pretrial Motion Hearing Deadline:                  July 6, 2011

5

Pretrial Conference Date:                          August 2, 2011 at 8:30am

6

Court Trial Date (4-6 weeks):                      September 7, 2011 at 8:30am

7

8

9

Dated: __May 20, 2010_____          _/s/ Lawrence J. O'Neill_____

10

                                          HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation and Request to Continue Hearing Date for United States' Motion and to Continue Trial Schedule
Case No: 1:07-CV-00491-LJO-SKO

290336.1