ELISE FELDMAN
MATTHEW THURLOW (State Bar No. 243470)
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA  94105
    ATTORNEYS FOR THE UNITED STATES OF AMERICA

ROBERT C. GOODMAN (State Bar No. 111554)
AARON P. SILBERMAN (State Bar No. 161021)
Rogers Joseph O'Donnell
311 California Street
San Francisco, CA  94104
    ATTORNEYS FOR STEPHEN C. LYON,
    SUZANNE S. LYON, RUSSELL R.
    TONDA AND DIANE M. TONDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN C. LYON, et al,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION AND THIRD PARTY ACTIONS | Case No. 1:07-CV-00491-LJO-GSA<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE HEARING DATE FOR UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:  September 23, 2010<br>Time:  8:30 a.m.<br>Dept.:  4<br>Judge:  Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff United States of America ("Plaintiff") and Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda ("Defendants")(collectively "the Parties") as follows:

WHEREAS the United States and counsel for the Defendants are in the process of negotiating a final consent decree, which requires final approval and sign-off by the Defendants and by authorized EPA and Department of Justice managers.

Page 1

Joint Stipulation and Request to Continue Hearing Date for United States' Motion for Partial Summary Judgment
Case No: 1:07-CV-00491-LJO-GSA

293903.1

1    WHEREAS once the consent decrees are executed by the Parties, they will be lodged with
2    the Court pending a 30-day public comment period.
3    WHEREAS the United States filed a Notice of Motion and Motion for Partial Summary
4    Judgment against the Lyons and Tondas on November 3, 2009, setting the hearing date for
5    December 14, 2009 (Doc. No. 384).
6    WHEREAS the United States and the Lyons and Tondas thereafter stipulated to continue
7    the December 14, 2009 hearing date on four (4) occasions (Docs. 396, 430, 453, 458), and the
8    Court so ordered (Docs 398, 439, 453, 459), for a total period of approximately nine (9) months.
9    WHEREAS the hearing date for the Motion for Partial Summary Judgment is currently
10   scheduled for September 23, 2010, at 8:30 a.m. (Docs. 458, 459).
11   WHEREAS the Parties agree that in light of the significant progress that has been made
12   toward settlement, it is appropriate to continue the hearing on the United States' Motion for
13   Partial Summary Judgment currently scheduled for September 23, 2010, to conserve Court
14   resources and prevent the Parties from incurring potentially unnecessary litigation.
15   WHEREAS the Parties have agreed to request that the briefing schedule for the Motion
16   for Partial Summary Judgment be extended for four (4) months.
17   NOW THEREFORE the Parties stipulate that the dates established for hearing and
18   briefing of the United States' Motion for Partial Summary Judgment be continued as follows:

| | |
|---|---|
| Lyons and Tondas' Opposition Brief Due: | January 6, 2011 |
| United States' Reply Brief Due: | January 20, 2011 |

| | |
|---|---|
| Motion for Partial Summary Judgment | |
| Hearing Date: | January 27, 2011, 8:30 a.m. |

                                                                Respectfully submitted,

Dated: _____        UNITED STATES OF AMERICA

                                                     IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division


By:   */s/ Elise Feldman*
ELISE FELDMAN
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6470
Facsimile: (415) 744-6476
E-mail: Elise.Feldman@usdoj.gov


Dated: _____        STEPHEN C. LYON, SUZANNE S.
LYON, RUSSELL R. TONDA and
DIANE M. TONDA


By:   */s/ Robert C. Goodman*
ROBERT C. GOODMAN
AARON P. SILBERMAN
Rogers Joseph O'Donnell
311 California Street
San Francisco, CA 94104
Telephone: (415) 956-2828
Facsimile: (415) 956-6457
E-mail: rgoodman@rjo.com


**IT IS SO ORDERED.**

The date for the for the hearing on the United States' Motion for Partial Summary Judgment is

Page 3

Joint Stipulation and Request to Continue Hearing Date for United States' Motion for Partial Summary Judgment
Case No: 1:07-CV-00491-LJO-GSA

293903.1

CONTINUED to January 27, 2011 at 8:30 a.m. with the briefing schedule as indicated below:

| | |
|---|---|
| Lyons and Tondas' Opposition Brief Due: | January 6, 2011 |
| United States' Reply Brief Due: | January 20, 2011 |
| Motion for Partial Summary Judgment Hearing Date: | January 27, 2011, 8:30 a.m. |

Dated: _August 30, 2010 ___                               /s/ Lawrence J. O'Neill_____
                                                          HONORABLE LAWRENCE J. O'NEILL
                                                          UNITED STATES DISTRICT JUDGE

Joint Stipulation and Request to Continue Hearing Date for United States' Motion for Partial Summary Judgment
Case No: 1:07-CV-00491-LJO-GSA

293903.1