ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
AARON P. SILBERMAN (State Bar No. 161021)
D. KEVIN SHIPP (State Bar No. 245947)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendants and Third-Party Plaintiffs
STEPHEN C. LYON; SUZANNE S. LYON;
RUSSELL R. TONDA; DIANE M. TONDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEPHEN C. LYON, et al.,<br><br>　　　　　Defendants. | Case No. 07-CV-00491 LJO-SKO<br><br>**JOINT STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF THIRD-PARTY DEFENDANT CITY OF MODESTO.**<br>[Fed. R. Civ. P. 41(a)(2), (c); L.R. 143] |
| AND RELATED COUNTER-CLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS. | |
| STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA' DIANE M. TONDA<br><br>　　　　　Third-Party Plaintiffs<br><br>　vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>　　　　　Third-Party Defendants, | |

　　　　Pursuant to Federal Rules of Civil Procedure 41(a) and 41(c), and Local Rule

143, Defendants and Third-Party Plaintiffs Stephen C. Lyon, Suzanne S. Lyon, Russell R.

Tonda, and Diane M. Tonda (collectively the "Lyons and Tondas") and Third-Party

Defendant City of Modesto hereby stipulate and respectfully request that this Court

Page 1

enter an order dismissing without prejudice the Lyons and Tondas' Third-Party Complaint against the City of Modesto. In support of this request, the parties hereto stipulate to the following:

  l. The Lyons and Tondas' operative Third-Party Complaint (Doc. 279, filed May 29, 2008) asserts third-party claims against the City of Modesto (among other parties).

  2. The Lyons and Tondas desire to dismiss without prejudice its third-party claims against the City of Modesto, pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c). The City of Modesto has no objection to such voluntary dismissal.

  3. The parties agree they will bear their own costs with respect to the aforementioned third-party claims.

  Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against the City of Modesto by the Lyons and Tondas.

Dated: December 10, 2010  ROGERS JOSEPH O'DONNELL

By:  */s/ Robert C. Goodman*
  ROBERT C. GOODMAN

Attorneys for Defendants and Third-Party Plaintiffs
STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA

Dated: December 10, 2010  DAVIDOVITZ & BENNETT LLP

By:  */s/ Charles Bolcom*
  Charles Bolcom
Attorneys for Third Party Defendant
CITY OF MODESTO

**IT IS SO ORDERED.**

Dated: December 13, 2010__  /s/ LAWRENCE J. O'NEILL
  HONORABLE LAWRENCE J. O'NEILL
  UNITED STATES DISTRICT JUDGE