ELISE FELDMAN
MATTHEW THURLOW (State Bar No. 243470)
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA  94105
    ATTORNEYS FOR THE UNITED STATES OF AMERICA

ROBERT C. GOODMAN (State Bar No. 111554)
AARON P. SILBERMAN (State Bar No. 161021)
Rogers Joseph O'Donnell
311 California Street
San Francisco, CA  94104
    ATTORNEYS FOR STEPHEN C. LYON,
    SUZANNE S. LYON, RUSSELL R.
    TONDA AND DIANE M. TONDA

KEITH D. CHIDLAW (State Bar No. 133604)
Schuering Zimmerman & Doyle LLP
400 University Avenue
Sacramento, CA  95825
    ATTORNEY FOR RAJENDRA
    JAMNADAS PERSONAL
    REPRESENTATIVE OF THE ESTATE OF
    SHANTILAL JAMNADAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN C. LYON, et al,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION AND THIRD PARTY ACTIONS | Case No. 1:07-CV-00491-LJO-MJS<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND DISCOVERY CUTOFF, EXPERT DISCLOSURE DATES, AND BRIEFING SCHEDULE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Dept.:    4<br>Judge:    Hon. Lawrence J. O'Neill<br>Trial Date:    September 7, 2011 |

      IT IS HEREBY STIPULATED by and between counsel for Plaintiff United States of America ("Plaintiff"), Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda ("the Lyons and Tondas"), and Defendant Rajendra Jamnadas the personal

representative of the Estate of Shantalil Jamnadas ("Jamnadas") (collectively "the Parties") as follows:

WHEREAS the United States, the Lyons and Tondas, and Jamnadas have participated in mediation and have reached an agreement in principle subject to management approval and signature to completely resolve this matter;

WHEREAS the United States and counsel for the Defendants have reached an agreement on the final language of the Consent Decree.  The Parties anticipate that the final Consent Decree will be signed by Defendants within the next ten (10) business days.  Once Defendants sign the Consent Decree, it is anticipated that final review and authorization by the United States Environmental Protection Agency ("EPA") and Department of Justice managers will be completed in thirty (30) days.

WHEREAS once the consent decrees are executed by the Parties, they will be lodged with the Court pending a 30-day public comment period.

WHEREAS the parties previously stipulated to continue all dates for the first phase (liability) set in the Scheduling Conference Order (Doc. 458) by four (4) months and the Court so ordered (Doc. 459).

WHEREAS the discovery cutoff dates for the first phase (liability) are currently set as follows:

| | |
|---|---|
| Nonexpert Discovery Cutoff: | December 28, 2010 |
| Expert Disclosure: | January 24, 2011 |
| Supplemental Expert Disclosure: | March 3, 2011 |
| Expert Discovery Cutoff: | April 20, 2011 |

WHEREAS the Parties wish to avoid incurring further expenses for discovery, which will be difficult to do with the current schedule, where written discovery has been propounded and depositions have been noticed, and expert witnesses will need to be engaged to prepare expert reports prior to the January 24, 2011, expert disclosure deadline.

WHEREAS the United States filed a Notice of Motion and Motion for Partial Summary Judgment against the Lyons and Tondas on November 3, 2009, setting the hearing date for

December 14, 2009 (Doc. No. 384).

WHEREAS the United States and the Lyons and Tondas thereafter stipulated to continue the December 14, 2009 hearing date on five (5) occasions (Docs. 396, 430, 450, 458, 460), and the Court so ordered (Doc. Nos. 398, 439, 453, 459, 461), for a total period of approximately thirteen (13) months.

WHEREAS the briefing schedule for the Motion for Partial Summary Judgment is currently set as follows:

    Lyons and Tondas' Opposition Brief Due:    January 6, 2011

    United States' Reply Brief Due:    January 20, 2011

    Motion for Partial Summary Judgment

    Hearing Date:    January 27, 2011, 8:30 a.m.

WHEREAS the Parties agree that in light of the agreement on the final Consent Decree and anticipated signatures by the Parties, it is appropriate to continue the hearing on the United States' Motion for Partial Summary Judgment currently scheduled for hearing on January 27, 2011, to February 28, 2011 in order to conserve Court resources and prevent the Parties from incurring potentially unnecessary litigation.

WHEREAS the Parties have agreed to request that the discovery cutoff deadlines and the briefing schedule for the Motion for Partial Summary Judgment be extended for approximately thirty (30) days, leaving the current pretrial motion, conference and trial dates **unchanged**.

NOW THEREFORE the Parties stipulate that the dates established for discovery cutoff for the first phase (liability) and briefing schedule for the Motion for Partial Summary Judgment of the bifurcated proceedings be extended as follows:

    Nonexpert Discovery Cutoff:    January 28, 2011

    Lyons and Tondas' Opposition Brief Due:    February 7, 2011

    United States' Reply Brief Due:    February 21, 2011

    Motion for Partial Summary Judgment

    Hearing Date:    February 28, 2011, 8:30 a.m.

    Expert Disclosure:    February 28, 2011

| | | |
|---|---|---|
| 1 | Supplemental Expert Disclosure: | March 31, 2011 |
| 2 | Expert Discovery Cutoff: | April 29, 2011 |

Respectfully submitted,

Dated: December 16, 2010             UNITED STATES OF AMERICA

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division


By:    /S/
ELISE FELDMAN
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6470
Facsimile: (415) 744-6476
E-mail: Elise.Feldman@usdoj.gov


Dated: December 16, 2010             STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA and DIANE M. TONDA


By:    /S/
ROBERT C. GOODMAN
AARON P. SILBERMAN
Rogers Joseph O'Donnell
311 California Street
San Francisco, CA 94104
Telephone: (415) 956-2828
Facsimile: (415) 956-6457
E-mail: rgoodman@rjo.com

Dated: December 16, 2010

RAJENDRA JAMNADAS the personal representative of the ESTATE OF SHANTILAL JAMNADAS

By: ___/S/_____
KEITH D. CHIDLAW
Schuering Zimmerman & Doyle LLP
400 University Avenue
Sacramento, CA 95825
Telephone: (916) 567-0400
Facsimile: (916) 568-0400
E-mail: kdc@szs.com

**IT IS SO ORDERED.**

All discovery cutoff dates for the first phase (liability) of the bifurcated proceedings and the briefing schedule for the Motion for Partial Summary Judgment are EXTENDED as indicated below:

| | |
|---|---|
| Nonexpert Discovery Cutoff: | January 28, 2011 |
| Lyons and Tondas' Opposition Brief Due: | February 7, 2011 |
| United States' Reply Brief Due: | February 21, 2011 |
| Motion for Partial Summary Judgment Hearing Date: | February 28, 2011, 8:30 a.m. |
| Expert Disclosure: | February 28, 2011 |
| Supplemental Expert Disclosure: | March 31, 2011 |
| Expert Discovery Cutoff: | April 29, 2011 |

Dated: _December 20, 2010___          _/s/ Lawrence J. O'Neill_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE