KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant RAJENDRA JAMNADAS,
personal representative of the ESTATE OF
SHANTILAL JAMNADAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:07-CV-00491-LJO-GSA |
| Plaintiff, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIM AGAINST THIRD-PARTY DEFENDANT CITY OF MODESTO** |
| vs. | |
| STEPHEN C. LYON, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local rule 83-143, Third-Party Defendant City of Modesto, and Defendant/Third-Party Plaintiff Rajendra Jamnadas as the personal representative of the Estate of Shantilal Jamnadas ("Jamnadas") respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against City of Modesto by Jamnadas. In support of this request, the parties hereto would show the following:

1.  Jamnadas' operative Third-Party Complaint (Doc. 236), filed March 26, 2008) asserts third-party claims against City of Modesto (among other parties).

2.  Jamnadas desires to dismiss without prejudice its third-party claims against City of Modesto pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c).  City of Modesto has no objection to such voluntary dismissal.

3.  The parties agree they will bear their own costs with respect to the aforementioned

third-party claims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice the third-party claims asserted against City of Modesto by Jamnadas.

Dated:  December 27, 2010        **SCHUERING ZIMMERMAN & DOYLE, LLP**

By    /s/ KEITH D. CHIDLAW
    KEITH D. CHIDLAW
    Attorney for Defendant/Third-Party Plaintiff
    RAJENDRA JAMNADAS, as personal representative of the ESTATE OF
    SHANTILAL JAMNADAS and Third Party Defendant RAJENDRA JAMNADAS, individually

Dated:  December 27, 2010        **DAVIDOVITZ & BENNETT**

By _____
    CHARLES BOLCOM
    (As authorized on December 27, 2010
    Attorney for Third-Party Defendant
    CITY OF MODESTO.

IT IS SO ORDERED.

**Dated:     December 28, 2010**        **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE