IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STEPHEN C. LYON, et al.,<br><br>　　　　　Defendants.<br>_____/<br><br>AND RELATED ACTIONS.<br>_____/ | CASE NO. CVF 07-0491 LJO MJS<br><br>**ORDER TO VACATE DATES WITH CONSENT DECREE FILING**<br>(Docs. 469, 470.) |

　　　With the parties' lodging of their Consent Decrees, this Court:

　　　1.　　VACATES all pending matters and dates, including the February 28, 2011 summary judgment hearing, August 2, 2011 pretrial conference, and September 7, 2011 trial; and

　　　2.　　ORDERS the parties, no later than March 21, 2011, to file a joint status report, unless the United States has previously filed a Request for Entry of Consent Decrees as Orders of the Court.

　　　IT IS SO ORDERED.

**Dated:　　January 31, 2011　　　　　　　　　　/s/ Lawrence J. O'Neill**

1

1  UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28