# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEPHEN C. LYON, et al.,<br><br>    Defendants.<br>_____/<br><br>AND RELATED ACTIONS.<br>_____/ | CASE NO. CVF 07-0491 LJO MJS<br><br>**ORDER TO FILE OBJECTIONS TO CONSENT DECREES**<br>(Docs. 469, 470.) |

    On January 28, 2011, plaintiff United States of America ("Government") filed Consent Decrees which it entered into with defendants Stephen Lyon, Suzanne Lyon, Russell Tonda, Diane Tonda, and the Estate of Shantilal Jamnadas.  The Government has informed this Court that it has completed preliminary matters for entry of the Consent Decrees.  As such, this Court ORDERS the parties to this action to file and serve, no later than April 18, 2011, objections with supporting grounds, if any, to entry of the Consent Decrees.  After the filing of objections, if any, this Court entertain signing the Consent Decrees.

    IT IS SO ORDERED.

**Dated:   April 8, 2011**                                   /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE