# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>STEPHEN C. LYON, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　／<br>AND RELATED ACTIONS.<br>　　　　　　　　　　　　　　　／ | CASE NO. CV F 07-0491 LJO GSA<br><br>**ORDER TO DISMISS THIRD-PARTY ACTION**<br>(Doc. 236.) |

　　　Based on third-party plaintiff Rajendra Jamnadas' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice Rajendra Jamnadas' second amended third-party complaint against third-party defendant Van Waters and Rogers only.  The clerk is directed NOT to close this action.

　　　IT IS SO ORDERED.

**Dated:　April 11, 2011**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1