IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 07-0491 LJO DLB |
| Plaintiff, | **ORDER TO ENTER CONSENT DECREE** |
| vs. | (Doc. 469, 477.) |
| STEPHEN C. LYON, et al., | |
| Defendants. / | |

This Court ENTERS the parties' proposed Consent Decree, lodged on January 28, 2011, as to defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda only. The Consent Decree constitutes this Court's final judgment only as to defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, Diane M. Tonda and other applicable parties, pursuant to F.R.Civ.P. 54 and 58.

IT IS SO ORDERED.

**Dated:   April 25, 2011**                          /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE