IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>STEPHEN C. LYON, et al.,<br><br>   Defendants.<br>              /<br><br>AND RELATED ACTIONS.<br>              / | CASE NO. CVF 07-0491 LJO MJS<br><br>**ORDER TO STRIKE UNTIMELY REPLY PAPERS (OBJECTIONS)**<br>(Docs. 494.) |

   This Court STRIKES as untimely City of Modesto's ("City's") objections (doc. 494) filed and served on May 10, 2011. All reply papers were due no later than May 9, 2011. Moreover, this Court's practice is not to rule on objections outside of live testimony. In addition, pursuant to its further practice, this Court will consider the City's intervention motion on the record and VACATES the May 16, 2011 hearing under Local Rule 230(g).

   IT IS SO ORDERED.

**Dated: May 11, 2011**         /s/ Lawrence J. O'Neill
                          UNITED STATES DISTRICT JUDGE

1