KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Cross-Complainant RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTILAL JAMNADAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON, et al.,<br><br>  Defendants. | No.  1:07-CV-00491-LJO-MJS<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CROSS-COMPLAINT AGAINST CR0SS-DEFENDANTS STEPHEN C. LYON, SUZANNE S. LYON, RUSSELL R. TONDA, AND DIANE M. TONDA** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local rule 83-143, Cross-Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, Diane M. Tonda and Cross-Complainant Rajendra Jamnadas as the personal representative of the Estate of Shantilal Jamnadas ("Jamnadas") respectfully request that this Court enter an order dismissing without prejudice the cross-complaint filed against Cross- Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, Diane M. Tonda by Jamnadas.  In support of this request, the parties hereto would show the following:

1. Jamnadas' operative Cross-Complaint (Doc. 14), filed June 4, 2007) asserts claims against Cross-Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, Diane M. Tonda (among other parties).

2. Jamnadas desires to dismiss without prejudice its cross-complaint against Cross-Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, Diane M. Tonda pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable by Rule 41(c).

1  Cross-Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, Diane M.
2  Tonda have no objection to such voluntary dismissal.
3     3.   The parties agree they will bear their own costs.
4  Accordingly, the parties hereto respectfully request that this Court enter an order dismissing
5  without prejudice the cross-complaint filed against Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda,
6  Diane M. Tonda by Jamnadas.

7  Dated: May 23, 2011    **SCHUERING ZIMMERMAN & DOYLE, LLP**

9  By   /s/ KEITH D. CHIDLAW
    KEITH D. CHIDLAW
10     Attorney for Cross-Complainant
    RAJENDRA JAMNADAS, as personal
11 representative of the ESTATE OF
    SHANTILAL JAMNADAS and Third Party
12     Defendant RAJENDRA JAMNADAS,
    individually

13 Dated: May 23, 2011

15 By   /s/ ROBERT GOODMAN
16     (As Authorized on May 23, 2011)
    ROBERT GOODMAN
    Attorney for Cross-Defendants
17     STEPHEN C. LYON, SUZANNE S. LYON,
    RUSSELL R. TONDA, and DIANE M. TONDA

19 **ORDER**
20 The clerk is directed not to close this action.
21 IT IS SO ORDERED.
22 **Dated:   May 24, 2011**      /s/ Lawrence J. O'Neill
    UNITED STATES DISTRICT JUDGE