A. Raymond Hamrick III (State Bar No. 93821)
Kenneth A. Hearn (State Bar No. 87537)
Douglas K. Lackey (State Bar No. 105908)
HAMRICK & EVANS, LLP
111 Universal Hollywood Drive, Suite 2200
Universal City, California 91608
Telephone No.: (818) 763-5292
Fax No.: (818) 763-2308

Attorneys for Third Party Defendant, Counter-Claimant
and Cross-Claimant M.B.L. INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA; RAJENDRA JAMNADAS, personal representative of the ESTATE OF SHANTALIL JAMNADAS,<br><br>Defendants. | Case No. CV F 07-0491 LJO NEW<br><br>**ORDER RE DISMISSAL WITHOUT PREJUDICE OF COUNTER CLAIM OF M.B.L., INC. AGAINST CROSS-DEFENDANTS OCCIDENTAL CHEMICAL CORPORATION AND PPG INDUSTRIES, INC. ONLY** |
| M.B.L., INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>THE CITY OF MODESTO; THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; PPG INDUSTRIES, INC.; R.R. STREET & COMPANY, INC.; GOSS JEWETT CO. OF NORTHERN CALIFORNIA; AMERICAN LAUNDRY MACHINERY, INC. DBA AJAX MANUFACTURING DIVISION & MARTIN EQUIPMENT & MCGRAW EDISON COMPANY, AS SUCCESSOR TO COOPER INDUSTRIES; BOWE PERMAC, INC.; | |

-1-

**ORDER RE DISMISSAL WITHOUT PREJUDICE OF COUNTER-CLAIM OF M.B.L., INC. AGAINST CROSS-DEFENDANTS OCCIDENTAL CHEMICAL CORPORATION AND PPG INDUSTRIES, INC. ONLY**

| | |
|---|---|
| ECHCO SALES AND EQUIPMENT CO., INC.; TECHNICHEM; VAN WATERS AND ROGERS; ADAM HART; JACK HART; DAWINE D. HALFORD; HILLARY'S AUTO SALES; SARK'S AUTO SALES; MODESTO MAZDA & ISUZU; RULE DALE MITSUBISHI & HYUNDAI; TRANSMATIC TRANSMISSION AUTOMOTIVE; and JOE'S AUTOMOTIVE CENTER,<br><br>        Cross-Defendants.<br><br>AND RELATED COUNTER AND CROSS-CLAIMS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(I) and 41(c)(1), Third Party Defendant, Counter-Claimant and Cross-Claimant M.B.L., INC. hereby requests dismissal, without prejudice, of its Counter-Claim filed on or about January 28, 2008, as to Cross-Defendants OCCIDENTAL CHEMICAL CORPORATION ("OCCIDENTAL") and PPG INDUSTRIES, INC. ("PPG") only, with each party to bear its own fees and costs.

DATED: May 23, 2011                                    HAMRICK & EVANS, LLP

                                                       */s/ Kenneth A. Hearn*
                                            By:      _____
                                                       A. RAYMOND HAMRICK, III
                                                       KENNETH A. HEARN
                                                       DOUGLAS K. LACKEY
                                                       Attorneys for THIRD PARTY
                                                       DEFENDANT, COUNTER-CLAIMANT AND
                                                       CROSS-CLAIMANT M.B.L. INC.

**ORDER**

The clerk is direct not to close this action.

IT IS SO ORDERED.

Dated:   May 24, 2011                                  /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE

**ORDER RE DISMISSAL WITHOUT PREJUDICE OF COUNTER-CLAIM OF M.B.L., INC. AGAINST CROSS-DEFENDANTS OCCIDENTAL CHEMICAL CORPORATION AND PPG INDUSTRIES, INC. ONLY**