IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CVF 07-0491 LJO MJS |
| Plaintiff, | **ORDER TO DISMISS CLAIMS OF ECOLOGY AND ENVIRONMENT, INC.** |
| vs. | (Docs. 498.) |
| STEPHEN C. LYON, et al., | |
| Defendants. | |

AND RELATED ACTIONS.

    Based on the notice of voluntary dismissal (doc. 498) filed by Ecology and Environment, Inc., this Court DISMISSES without prejudice all claims asserted by Ecology and Environment, Inc. in this action. The clerk is directed not to close this action.

    IT IS SO ORDERED.

**Dated:   May 24, 2011**        /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE