ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
AARON P. SILBERMAN (State Bar No. 161021)
D. KEVIN SHIPP (State Bar No. 245947)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Cross-Claimants, Cross-Defendants,
and Third Party Plaintiffs
STEPHEN C. LYON; SUZANNE S. LYON;
RUSSELL R. TONDA; DIANE M. TONDA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| UNITED STATES OF AMERICA, | Case No. 07-CV-00491 LJO MJS |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITHOUT PREJUDICE OF CROSS-CLAIMS AGAINST RAJENDRA JAMNADAS, PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANTALIL JAMNADAS AND THIRD PARTY COMPLAINT AGAINST RAJENDRA JAMNADAS** |
| vs. | |
| STEPHEN C. LYON, et al., | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS AND THIRD PARTY CLAIMS. | |

Pursuant to Federal Rules of Civil Procedure 41(a) and 41(c), and Local Rule 83-143, Cross-Claimants and Third Party Plaintiffs Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M Tonda ("Lyons and Tondas"), Cross-Defendant Rajendra Jamnadas, personal representative of the Estate of Shantalil Jamnadas ("Jamnadas Estate"), and Third Party Defendant Rajendra Jamnadas ("Jamnadas") hereby jointly request the Court enter an order dismissing the Lyons and Tondas' Cross-Claims against the Jamnadas Estate filed on May 25, 2007 (Document Nos. 6, 7, 8, and 9) and Third Party Complaint against

Page

Joint Stipulation and Proposed Order for Dismissal Without Prejudice of Cross-Claims and Third Party Complaint of Lyons and Tondas - Case No. - 07-CV-00491 LJO MJS

302990.1

Jamnadas filed on May 29, 2008 (Document No. 279), without prejudice, with each party to bear its own fees and costs.

Dated: May 24, 2011                    ROGERS JOSEPH O'DONNELL

                                       By:   */s/ D. Kevin Shipp*
                                             D. KEVIN SHIPP

                                       Attorneys for Defendants, Cross-Claimants, Cross-Defendants, and Third Party Plaintiffs
                                       STEPHEN C. LYON; SUZANNE S. LYON; RUSSELL R. TONDA; DIANE M. TONDA

Dated: May 24, 2011                    SCHUERING ZIMMERMAN & DOYLE

                                       By:   */s/ Keith D. Chidlaw*
                                             KEITH D. CHIDLAW

                                       Attorneys for Cross-Defendant and Cross-Claimant
                                       RAJENDRA JAMNADAS, as personal representative of the ESTATE OF SHANTILAL JAMNADAS and Third Party Defendant Rajendra Jamnadas individually

**ORDER**

This Court so ORDERS based on the above stipulation and DIRECTS the clerk not to close this action.

IT IS SO ORDERED.

Dated:   **May 25, 2011**                    */s/ Lawrence J. O'Neill*
                                             UNITED STATES DISTRICT JUDGE

Page

Joint Stipulation and Proposed Order for Dismissal Without Prejudice of Cross-Claims and Third Party Complaint of Lyons and Tondas - Case No. - 07-CV-00491 LJO MJS

302990.1