IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CVF 07-0491 LJO MJS |
| Plaintiff, | **ORDER ON COURT'S INTENT TO DISMISS ALL REMAINING CLAIMS** |
| vs. | (Doc. 504.) |
| STEPHEN C. LYON, et al., | |
| Defendants. / | |
| AND RELATED ACTIONS. / | |

Plaintiff United States of America has resolved its claims in this action against defendants Stephen Lyon, Suzanne Lyon, Russell Tonda, Diane Tonda and Estate of Shantilal Jamnadas. This Court has dismissed several cross-claims, counterclaims and third-party claims. Nonetheless, the docket indicates that cross-claims, counterclaims and/or third-party claims remain unresolved. As such, this Court intends to dismiss all pending claims, no later than June 15, 2011, unless objections are filed to identify the pending claims and specific plans to prosecute such claims.

IT IS SO ORDERED.

**Dated:  May 25, 2011**                    /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

1