# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   vs.<br><br>STEPHEN C. LYON, et al.,<br><br>    Defendants.<br>_____/<br><br>AND RELATED ACTIONS.<br>_____/ | CASE NO. CVF 07-0491 LJO MJS<br><br>**ORDER REGARDING COURT'S INTENT TO DISMISS ALL REMAINING CLAIMS**<br>(Doc. 508.) |

    This Court's May 25, 2011 order notified the parties of this Court's intent to dismiss all pending claims no later than June 15, 2011 unless objections are filed to identify the pending claims and plans to prosecute such claims. No objections were filed to respond to the order. As such, this Court DISMISSES without prejudice all pending claims, if any, and DIRECTS the clerk to close this action.

    IT IS SO ORDERED.

**Dated:**   June 23, 2011                  /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE